WORKMAN et al v. MENU FOODS LIMITED et al                                                                Doc. 2
Case 1:07-cv-01338-NLH-AMD   Document 2    Filed 03/23/2007   Page 1 of 3
Case 1:33-av-00001   Document 772-3   Filed 03/22/2007   Page 1 of 3

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of New Jersey

| | |
|---|---|
| JARED WORKMAN, and<br>MARK AND MONA COHEN, on behalf of<br>themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>MENU FOODS LIMITED,<br>MENU FOODS INC., and<br>MENU FOODS MIDWEST CORPORATION,<br><br>Defendants. | **SUMMONS IN A CIVIL ACTION**<br><br>CASE NUMBER:<br><br>07 CV 1338 (NLH) |

TO: (Name and address of Defendant)   MENU FOODS LIMITED

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and address)

Donna Siegel Moffa
Trujillo Rodriguez & Richards, LLC
8 Kings Highway West
Haddonfield, NJ 08033
(856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH                                     3/23/07
CLERK                                                          DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __New Jersey__

JARED WORKMAN, and
MARK AND MONA COHEN, on behalf of
themselves and all others similarly situated,

    Plaintiffs,

v.

MENU FOODS LIMITED,
MENU FOODS INC., and
MENU FOODS MIDWEST CORPORATION,

    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

07 CV 1338 (NLH)

TO: (Name and address of Defendant) MENU FOODS INC.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and address)

Donna Siegel Moffa
Trujillo Rodriguez & Richards, LLC
8 Kings Highway West
Haddonfield, NJ 08033
(856) 795-9002

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH

CLERK

(By) DEPUTY CLERK

DATE 3/03/07

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __New Jersey__

| | |
|---|---|
| JARED WORKMAN, and<br>MARK AND MONA COHEN, on behalf of<br>themselves and all others similarly situated,<br><br>                Plaintiffs,<br>    v.<br><br>MENU FOODS LIMITED,<br>MENU FOODS INC., and<br>MENU FOODS MIDWEST CORPORATION,<br><br>                Defendants. | **SUMMONS IN A CIVIL ACTION**<br><br>CASE NUMBER: 07CV1338(NLH) |

TO: (Name and address of Defendant) MENU FOODS MIDWEST CORPORATION

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and address)

    Donna Siegel Moffa
    Trujillo Rodriguez & Richards, LLC
    8 Kings Highway West
    Haddonfield, NJ 08033
    (856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH            3/23/07
CLERK                                                DATE

(By) DEPUTY CLERK