**TRUJILLO RODRIGUEZ & RICHARDS, LLC**
Donna Siegel Moffa
8 Kings Highway West
Haddonfield, NJ 08033
(856) 795-9002

Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Jared Workman, and Mark and Mona Cohen, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>Menu Foods Limited, Menu Foods Inc., and Menu Foods Midwest Corporation<br><br>　　　　Defendants. | Civil Action No.: 07-cv-1338 |

### PLAINTIFF'S NOTICE OF MOTION TO AUTHORIZE SERVICE OF PROCESS OF PLAINTIFF'S CLASS ACTION COMPLAINT ON MENU FOODS LIMITED IN ACCORDANCE WITH THE HAGUE CONVENTION

**PLEASE TAKE NOTICE** that on Friday, April 20, 2007, at 9:00 a.m. or so soon thereafter as counsel may be heard, the undersigned attorney for Plaintiffs shall move before the United States District Court, District of New Jersey, Mitchell H. Cohen U.S. Courthouse, Fourth and Cooper Streets, Camden, New Jersey 08101for an Order authorizing the Civil Action Group d/b/a APS International to service Plaintiffs' Class Action Complaint on Defendant Menu Foods Limited in accordance with The Hague Convention.

Dated: March 27, 2007

Respectfully submitted,

**TRUJILLO RODRIGUEZ & RICHARDS, LLC**

By: /s Donna Siegel Moffa
Donna Siegel Moffa
8 Kings Highway West
Haddonfield, N.J. 08033
Tel: (856) 795-9002
Fax: (856) 795-9887

2