**TRUJILLO RODRIGUEZ & RICHARDS, LLC**
Donna Siegel Moffa
8 Kings Highway West
Haddonfield, NJ 08033
(856) 795-9002

Attorney for Plaintiffs

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Jared Workman, and Mark and Mona Cohen, on behalf of themselves and all others similarly situated, | Civil Action No.: 07-cv-1338 |
| Plaintiffs, | |
| vs. | |
| Menu Foods Limited, Menu Foods Inc., and Menu Foods Midwest Corporation | |
| Defendants. | |

### PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION TO AUTHORIZE SERVICE OF PROCESS OF PLAINTIFFS' CLASS ACTION COMPLAINT ON MENU FOODS LIMITED IN ACCORDANCE WITH THE HAGUE CONVENTION

1. On March 23, 2007, Plaintiffs filed a Class Action Complaint against Defendants, Menu Foods Limited, Menu Foods, Inc. and Menu Foods Midwest Corporation.

2. Defendant, Menu Foods Limited's principal place of business is located at 8 Falconer Dr., Mississauga, ON, L5N 1B1. New Jersey law requires a court order appointing a person or entity to serve process on any defendant in Canada. The server's only qualifications must be that it is qualified to do service within the jurisdiction of the Court this appointing the process server to perform the service of process.

3.  Plaintiffs respectfully request this Court to appoint Civil Action Group d/b/a APS International as a qualified server to serve Defendant, Menu Foods Limited.

4.  Civil Action Group d/b/a APS International is located at 7800 Glenroy Road, Minneapolis, MN 55439-3122.

5.  Civil Action Group d/b/a APS International is a legal support company that provides services to law firms, including the service of process on entities located in foreign nations. Civil Action Group d/b/a APS International has extensive knowledge of Hague Convention rules for service abroad of foreign entities. Civil Action Group d/b/a APS International has been appointed by the State of New Jersey Courts in the past to serve Canadian defendants.

6.  Civil Action Group d/b/a APS International has advised Plaintiffs it would require 12-16 weeks to receive proof of service through the Central Authority in Ontario, Canada.

WHEREFORE, Plaintiffs respectfully request this Court to authorize Civil Action Group d/b/a APS International to serve process on the Defendant, Menu Foods Limited.

Dated:  March 27, 2007               Respectfully submitted,

**TRUJILLO RODRIGUEZ & RICHARDS, LLC**

By:   /s Donna Siegel Moffa
Donna Siegel Moffa
8 Kings Highway West
Haddonfield, N.J. 08033
Tel:  (856) 795-9002
Fax:  (856) 795-9887