**TRUJILLO RODRIGUEZ & RICHARDS, LLC**
Lisa J. Rodriguez
8 Kings Highway West
Haddonfield, NJ 08033
(856) 795-9002

Attorney for Plaintiffs

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Jared Workman, and Mark and Mona Cohen, on behalf of themselves and all others similarly situated, | Civil Action No.: 07-cv-1338 |
| Plaintiffs, | |
| vs. | |
| Menu Foods Limited, Menu Foods Inc., and Menu Foods Midwest Corporation | |
| Defendants. | |

### ORDER TO APPOINT SPECIAL PROCESS SERVICE TO SERVE A CORPORATION IN A FOREIGN COUNTRY

**IT IS HEREBY ORDERED**, that the Civil Action Group d/b/a APS International is appointed Special Process Service for the purpose of serving process on the Defendant, Menu Foods Limited in Canada by delivering a copy of the summons, complaint and notice of electronic filing to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute to receive service and the statute so requires, by also mailing a copy to the defendant.

3

AND NOW, it is hereby ordered on this 28th day of March, 2007 that the Civil Action Group d/b/a APS International is authorized to effect service of process on the Defendant, Menu Foods Limited, in Canada in accordance with the Hague Convention.

                                                                             *Noel L. Hillman*
                                                                                          U.S.D.J

At Camden, New Jersey