WORKMAN et al v. MENU FOODS LIMITED et al — Doc. 5
Case 1:07-cv-01338-NLH-AMD   Document 5   Filed 03/30/2007   Page 1 of 3

# ROAD RUNNER COURIER SERVICE INC.

P.O. Box #408
Collingswood, NJ 08108-0408
Office (856) 858-2700
Fax (856) 858-7820

Docket# 07-1338

Case Name: Jared Workman, et. al v. Menu Foods Ltd., et al.

## SUMMONS & COMPLAINT

## AFFIDAVIT/ PROOF OF SERVICE

DATE: 3/27/07

PLACE (NAME & ADDRESS): Menu Foods, Inc c/o Corporation Trust Co. 820 Bear Tavern Road Trenton NJ

SERVED ON (Print Name & Title): M. Phillips

(Manner of Service): Hand Delivery

Served by (Print Name): Kevin Lynch

Title: Courier

## DECLARATION OF SERVER

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made are willfully false, I am subject to punishment.

Executed on: 3-27-03

Signature of Server
316 Haddon Ave.
Westmont, NJ 08108



# ROAD RUNNER COURIER SERVICE INC.
P.O. Box #408
Collingswood, NJ 08108-0408
Office (856) 858-2700
Fax (856) 858-7820


RECEIVED MAR 2 9 2007

PICKUP TIME: _____     BY: _____

1. CASE FILE#/ PO #: _Menu Foods Ltd._
2. ATTORNEY NAME/CONTACT PERSON: _Andrea_
(TO ENSURE ACCURATE BILLINGS PLEASE COMPLETE LINES 1&2)

**CLIENT NAME:**  Rodriquez & Richards
**ADDRESS:**  8 Kings Hwy. West
**CITY, STATE, ZIP:**  Haddonfield, NJ 08033
856-795-9002

ITEM DESCRIPTION: _Summons_    # OF BOXES OR PARCELS: _en_
**PICK-UP CONTACT PERSON/ATTN:** _____
COMPANY/FIRM: _____
ADDRESS: _____
CITY: _____ STATE: _____ ZIP: _____
TELEPHONE ( ) ____-_____

**DESTINATION** CONTACT PERSON/ATTN: _Corporation Trust Company_
COMPANY/FIRM: _Menu Foods Inc._
ADDRESS: _820 Bear Tavern Road_
CITY: _Trenton_ STATE: _NJ_ ZIP: _____
TELEPHONE ( ) ____-_____

**RECIPIENT SIGNATURE:** (X) _M Phillips_
DATE: _3-27-07_  TIME: _12:30 PM_

**SPECIAL INSTRUCTIONS:** _Pls return "Return of Service"_

*************************************************************
(FOR DRIVER USE ONLY)
DRIVER SIGNATURE: _Kevin Lynch_
DATE: _3-27-07_ TIME: _12:35 PM_
WAITING TIME: _____ X $.50/minute

RETURN COPIES?   YES or NO  (CIRCLE ONE)
PARCEL RETURNED: SIGNATURE OF RECIPIENT: _____
DATE_____ AND TIME:_____

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of   New Jersey

| | |
|---|---|
| JARED WORKMAN, and<br>MARK AND MONA COHEN, on behalf of themselves and all others similarly situated,<br><br>             Plaintiffs,<br>  v.<br><br>MENU FOODS LIMITED,<br>MENU FOODS INC., and<br>MENU FOODS MIDWEST CORPORATION,<br><br>             Defendants. | **SUMMONS IN A CIVIL ACTION**<br><br>CASE NUMBER:<br><br>07 CV 1338 (NLH) |

TO: (Name and address of Defendant)   MENU FOODS INC.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and address)

    Donna Siegel Moffa
    Trujillo Rodriguez & Richards, LLC
    8 Kings Highway West
    Haddonfield, NJ 08033
    (856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH                                    3/23/07

CLERK                                                              DATE

(By) DEPUTY CLERK