Jared Workman, et. al., Plaintiff(s)
vs.
Menu Foods Limited, et. al., Defendant(s)



RECEIVED APR 3 2007 BY:

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 082368-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Menu Foods Corporation
Court Case No. 07-1338

TRUJILLO, RODRIGUEZ & RICHARDS
Ms. Andrea Brown
8 Kings Highway West
Haddonfield, NJ  08033

State of: Kansas ) ss.
County of: Shawnee )

**Name of Server:** Terry Breese, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 29th day of March, 20 07, at 3:10 o'clock P M

**Place of Service:** at 1400 East Logan Avenue, in Emporia, KS 66801

**Documents Served:** the undersigned served the documents described as:
**Notice of Electronic Filing; Summons; Complaint**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Menu Foods Corporation**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Steve Lindsay- VP Opns

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Brown ; Facial Hair None
Approx. Age 45-50 ; Approx. Height 5'9" ; Approx. Weight 175 lbs

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this ____ day of _____, 20 ____

Notary Public          (Commission Expires)

PHILLIP HALL NOTARIZED 3-30-07
Notary Public
State of Kansas
My Appointment Expires 6/24/10

**APS International, Ltd.**

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **New Jersey**

| | |
|---|---|
| JARED WORKMAN, and<br>MARK AND MONA COHEN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>MENU FOODS LIMITED,<br>MENU FOODS INC., and<br>MENU FOODS MIDWEST CORPORATION,<br><br>Defendants. | **SUMMONS IN A CIVIL ACTION**<br><br>CASE NUMBER: 07CV1338(NLH) |

TO: (Name and address of Defendant)   MENU FOODS MIDWEST CORPORATION

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and address)

Donna Siegel Moffa
Trujillo Rodriguez & Richards, LLC
8 Kings Highway West
Haddonfield, NJ 08033
(856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH                    3/23/07

CLERK                               DATE

(By) DEPUTY CLERK