**TRUJILLO RODRIGUEZ & RICHARDS, LLC**
Donna Siegel Moffa, Esquire
Lisa J. Rodriguez, Esquire
8 Kings Highway West
Haddonfield, NJ 08033
Telephone: (856) 795-9002
Facsimile: (856) 795-9887

**BERGER & MONTAGUE, P.C.**
Sherrie R. Savett, Esquire
Michael T. Fantini, Esquire
Russell D. Paul, Esquire
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604

Attorneys for Plaintiffs and the Class

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| Jared Workman, and Mark and Mona Cohen, on behalf of themselves and all others similarly situated, | Civil Action No. 07-cv-1338 |
| Plaintiffs, | |
| vs. | |
| Menu Foods Limited, Menu Foods Inc., and Menu Foods Midwest Corporation | |
| Defendants. | |

### NOTICE OF MOTION FOR AN ORDER TO SHOW CAUSE

PLEASE TAKE NOTICE that Plaintiff moves for an Order to Show Cause Why a Protective Order Should Not be Issued barring the Defendants from further communications with class members.

Plaintiffs rely on the Affidavit of Russell D. Paul and the attached Memorandum of Law in Support of their Motion.

Dated: May 7, 2007                    Respectfully submitted,

By: ___s/Lisa J. Rodriguez_____
       Lisa J. Rodriguez

Donna Siegel Moffa, Esquire
Lisa J. Rodriguez, Esquire
**TRUJILLO RODRIGUEZ & RICHARDS, LLC**
8 Kings Highway West
Haddonfield, NJ 08033
Telephone: (856) 795-9002
Facsimile: (856) 795-9887

Sherrie R. Savett, Esquire
Michael T. Fantini, Esquire
Russell D. Paul, Esquire
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604

*Attorneys for Plaintiff and the Class*