UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Jared Workman, and Mark and Mona Cohen, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Menu Foods Limited, Menu Foods Inc., and Menu Foods Midwest Corporation<br><br>Defendants. | Civil Action No.: 07-cv-1338 |

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a copy of Plaintiffs' Notice of Motion for an Order to Show Cause Why a Protective Order to Supervise or Limit Communications With Absent Class Members Should Not Issue, Memorandum of Law in Support for an Order to Show Cause Why a Protective Order to Supervise or Limit Communications With Absent Class Members Should Not Issue, Affidavit of Russell D. Paul in Support and Proposed Order to be served via Electronic Court Filing upon Counsel for Defendants listed below:

Gerald H. Hanson
Hill Wallach LLP
202 Carnegie Center
Princeton, NJ 08543-5226

Dated: May 7, 2007

By:   s/Lisa J. Rodriguez
      Lisa J. Rodriguez