Gerard H. Hanson, Esquire
Hill Wallack LLP
Attorneys at Law
CN 5226
202 Carnegie Center
Princeton, NJ 08543-5226
(609) 924-0808
Attorneys for Defendants
Menu Foods, Inc., Menu Foods Limited,
and Menu Foods Midwest Corporation

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JARED WORKMAN, and MARK AND MONA COHEN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS LIMITED, MENU FOODS INC., and MENU FOODS MIDWEST CORPORATION,<br><br>Defendants | Civil Action No.: 07-cv-01338 (NLH)<br><br>NOTICE OF MOTION FOR ORDER ADMITTING EDWARD B. RUFF, III, MICHAEL P. TURIELLO, AND PRIYA K. JESANI ON A PRO HAC VICE BASIS |

PLEASE TAKE NOTICE that the undersigned attorneys for the moving party defendants Menu Foods Limited, Menu Foods, Inc., Menu Foods Midwest Corporation, Menu Foods Income Fund, Menu Foods South Dakota, Inc., and Menu Foods Holdings, Inc. - shall move before the Honorable Noel L. Hillman of the United States District Court for the District of New Jersey at the Federal Courthouse in Camden, New Jersey on Friday, June 1, 2007 at 9 a.m. or as soon thereafter as counsel may be heard for an Order admitting Edward B. Ruff, III, Esquire and Michael P. Turiello, Esquire and Priya K. Jesani, Esquire of the Chicago, Illinois law firm of

Pretzel & Stouffer, Chartered on a proc hac vice basis for purposes of this litigation. This Motion is submitted in accordance with Local Rule 101.1(c).

In support of the pending application, the moving party shall rely upon the Affidavit of Gerard H. Hanson of the New Jersey Bar, as well as the Affidavits of Attorneys Ruff, Turiello and Jesani.

Respectfully submitted,
HILL WALLACK LLP

BY: *Gerard H Hanson*
Gerard H. Hanson