Gerard H. Hanson, Esquire
Hill Wallack LLP
Attorneys at Law
CN 5226
202 Carnegie Center
Princeton, NJ 08543-5226
(609) 924-0808
Attorneys for Defendants
Menu Foods, Inc., Menu Foods Limited,
and Menu Foods Midwest Corporation

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JARED WORKMAN, and MARK AND MONA COHEN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS LIMITED, MENU FOODS INC., and MENU FOODS MIDWEST CORPORATION,<br><br>Defendants | Civil Action No.: 07-cv-01338 (NLH)<br><br><br><br>AFFIDAVIT OF GERARD H. HANSON |

Gerard H. Hanson, being first duly sworn, deposes and says:

1. I am an attorney at law of the State of New Jersey, a partner with the firm of Hill Wallack, and served as New Jersey counsel for the moving party defendants in this litigation.

2. This Certification is submitted in support of the Motions seeking the pro hac vice admission of three attorneys from the Chicago, Illinois law firm of Pretzel & Stouffer Chartered. This Motion is submitted pursuant to Local Civil Rule 101.1(c).

3. In support of the pending Motion, I am providing this Court with the Certifications of Edward P. Ruff, III Esquire, Michael P. Turiello, Esquire and Priya K. Jesani, Esquire of Pretzel & Stouffer, Chartered, which lawyers and law firm serve as National Counsel with respect to the moving party defendants, who have been sued in this action, as well as in over 60 Class Action Complaints on a national basis arising out of allegations that the defendants sold contaminated pet food. The Certifications of the attorneys seeking pro hac vice admission are in accordance with Local Civil Rule 101.1(c).

4. If this court grants the above-referenced Motion for pro hac vice admission, either I or an attorney associated with Hill Wallack will continue to serve as Local Counsel of record in this matter, will review and sign all pleadings, briefs and other papers filed with this court, will be responsible for the conduct of this action and for the conduct of the attorney admitted pro hac vice, and will otherwise comply with the terms and conditions of Local Civil Rule 101.1(c), including payment to this court of the $150 fee in accordance with the Local Civil Rules of this District, as well as payment to the New Jersey Lawyers Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a).

I hereby certify that the foregoing facts stated by me are true. I am aware that if any of the foregoing facts stated by me are false, I am subject to punishment.

KATHLEEN S. GRAYDON
A Notary Public of New Jersey
My Commission Expires 10/26/2008

Sworn to before me this
8th day of May, 2007

_Kathleen S. Graydon_
Notary Public

_Gerard H Hanson_
Gerard H. Hanson

{F:\wdox\docs\014210\00001\01574241.DOC; 1}