Gerard H. Hanson, Esquire
Hill Wallack LLP
Attorneys at Law
CN 5226
202 Carnegie Center
Princeton, NJ 08543-5226
(609) 924-0808
Attorneys for Defendants
Menu Foods, Inc., Menu Foods Limited,
and Menu Foods Midwest Corporation

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JARED WORKMAN, and MARK AND MONA COHEN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS LIMITED, MENU FOODS INC., and MENU FOODS MIDWEST CORPORATION,<br><br>Defendants | Civil Action No.: 07-cv-01338 (NLH)<br><br><br><br>CERTIFICATE OF SERVICE |

I hereby certify that on this date I caused a copy of defendants' Notice of Motion, Affidavit of Gerard H. Hanson, Affidavits of Edward Ruff, III, Esquire, Michael P. Turiello, Esquire, and Priya K. Jesani, Esquire, and Order (proposed) to be served via Electronic Court Filing upon counsel for the Plaintiffs:

Donna Siegel Moffa, Esquire, Lisa J. Rodriguez, Esquire
Trujillo Rodriguez & Richards, LLC
8 Kings Highway West
Haddonfield, NJ 08033

Respectfully submitted,
HILL WALLACK LLP

BY: *Gerard H Hanson*
Gerard H. Hanson