Gerard H. Hanson, Esquire
Hill Wallack LLP
Attorneys at Law
CN 5226
202 Carnegie Center
Princeton, NJ 08543-5226
(609) 924-0808
Attorneys for Defendants
Menu Foods, Inc., Menu Foods Limited,
and Menu Foods Midwest Corporation

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JARED WORKMAN, and MARK AND MONA COHEN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS LIMITED, MENU FOODS INC., and MENU FOODS MIDWEST CORPORATION,<br><br>Defendants | Civil Action No.: 07-cv-01338 (NLH)<br><br>AFFIDAVIT OF MICHAEL P. TURIELLO |

Michael P. Turiello, being first duly sworn, deposes and says:

1. I am a partner with the Law Offices of Pretzel & Stouffer, Chartered. This Certification is submitted pursuant to Local Rule 101.1(c) in support of this application seeking pro hac vice admission for purposes of this lawsuit.

2. I am fully familiar with the facts and circumstances surrounding this litigation. In this regard, I am working on this lawsuit on behalf of the defendants in this matter, as well as in the more than 70 Class Action Complaints that have been filed on a national basis against my clients, who have retained my law firm to serve as National Coordinating Counsel on their

behalf. These lawsuits generally allege that the moving party defendants sold contaminated pet food.

3. I was admitted to the Illinois State Bar in 1996, to the United States District Court for the Northern District of Illinois in 1996, to the Central District of Illinois in 2001, to the Northern District of Indiana in 2003 and to the District of Colorado in 2006. I am in good standing at the Bars of each of these courts. I have never been subject any discipline by any court or governing body. I received a degree of Juris Doctor from Villanova University School of Law in 1996.

4. Pursuant to the Rules of this court, all pleadings submitted on behalf of the moving party defendants will be signed by the Law Firm of Hill Wallack, as attorneys of record for the moving party defendants.

5. In light of the foregoing, I respectfully request on behalf of the moving party defendants that I be admitted pro hac vice for purposes of representing the moving party defendants in this matter in association with New Jersey counsel. I agree to be bound by the Rules governing practice in the New Jersey courts, including the disciplinary rules. I further acknowledge my obligation to pay $150 to the Clerk of the United States District Court with respect to my admission, as well as to also pay the appropriate fee to the New Jersey Lawyer's Fund for Client Protection per New Jersey Court Rule 1:28-2(a).

_____
Michael P. Turiello

Sworn to before me this
8th day of May 2007
_____
Notary Public

OFFICIAL SEAL
BONNIE L. JAY
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 3-4-2011

{F:\wdox\docs\014210\00001\01574287.DOC; 1}