**TRUJILLO RODRIGUEZ & RICHARDS, LLC**
Lisa J. Rodriguez
8 Kings Highway West
Haddonfield, New Jersey 08033
Telephone: (856) 795-9002
Facsimile: (856) 795-9887

Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Jared Workman, and Mark and Mona Cohen, on behalf of themselves and all others similarly situated, : | Civil Action No.: 07-cv-1338 |
| : | |
| Plaintiffs, : | |
| : | |
| vs. : | |
| : | |
| Menu Foods Limited, Menu Foods Inc., and Menu Foods Midwest Corporation : | |
| : | |
| Defendants. : | |

### NOTICE OF MOTION FOR ADMISSIONS PRO HAC VICE

TO:   Gerald H. Hanson
       Hill Wallack LLP
       202 Carnegie Center
       Princeton, NJ 08543-5226

       **PLEASE TAKE NOTICE** that on Friday, June 15, 2007, at 9:00 a.m. or so soon

thereafter as counsel may be heard, the undersigned attorneys for Plaintiffs shall move before

United States District Court, District of New Jersey, Camden Office, Mitchell H. Cohen U.S.

Courthouse, Fourth and Cooper Streets, Camden, New Jersey 08101, pursuant to R 1:21-1 to

admit Russell D. Paul *pro hac vice*.

       Plaintiffs will rely upon the attached Certifications of Russell D. Paul and Lisa J.

Rodriguez in support of this motion.

Dockets.Justia.com

A proposed form of Order is attached.

Plaintiffs submit this motion for a ruling on the papers pursuant to R. 1:6-2.

Dated: May 15, 2007                            Respectfully submitted,

                                               **TRUJILLO RODRIGUEZ & RICHARDS, LLC**

                                               By:    /s Lisa J. Rodriguez
                                                      Lisa J. Rodriguez
                                                      8 Kings Highway West
                                                      Haddonfield, New Jersey 08033
                                                      Telephone:  (856) 795-9002