**TRUJILLO RODRIGUEZ & RICHARDS, LLC**
Lisa J. Rodriguez
8 Kings Highway West
Haddonfield, New Jersey 08033
Telephone: (856) 795-9002
Facsimile: (856) 795-9887

Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Jared Workman, and Mark and Mona Cohen, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Menu Foods Limited, Menu Foods Inc., and Menu Foods Midwest Corporation<br><br>Defendants. | Civil Action No.: 07-cv-1338 |

### STATEMENT AS TO WHY NO BRIEF IS NECESSARY

The undersigned respectfully submit, pursuant to L. Civ. R. 7.1(d)(1), that no brief is necessary in connection with the motion for an order permitting Russell D. Paul, Esquire *pro hac vice* in this matter because such motion is addressed to the discretion of the District Judge and does not raise an issue of law.

Dated: May 15, 2007

Respectfully submitted,

**TRUJILLO RODRIGUEZ & RICHARDS, LLC**

By: ___s/ Lisa J. Rodriguez___
    Lisa J. Rodriguez
    8 Kings Highway West
    Haddonfield, New Jersey 08033
    Telephone: (856) 795-9002