**TRUJILLO RODRIGUEZ & RICHARDS, LLC**
Lisa J. Rodriguez
8 Kings Highway West
Haddonfield, New Jersey 08033
Telephone: (856) 795-9002
Facsimile: (856) 795-9887

Attorney for Plaintiffs

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Jared Workman, and Mark and Mona Cohen, on behalf of themselves and all others similarly situated, | : : Civil Action No.: 07-cv-1338 : |
| Plaintiffs, | : |
| vs. | : : |
| Menu Foods Limited, Menu Foods Inc., and Menu Foods Midwest Corporation | : : : |
| Defendants. | : : |

### CERTIFICATION OF LISA J. RODRIGUEZ

I, Lisa J. Rodriguez, certify as follows:

1. I am a member of the law firm of Trujillo Rodriguez & Richards, LLC, attorney for the Plaintiffs in the above-captioned matter. I submit this Certification in Support of Plaintiffs' Motion for an Order admitting Russell D. Paul, Esquire *pro hac vice* in the within matter pursuant to Local Civil Rule 101.1(c). I am personally familiar with the facts set forth in this Certification.

2. If the Court grants the above-referenced motion for *pro hac vice* admission, either I or another attorney associated with Trujillo Rodriguez & Richards, LLC will continue to serve as local counsel of record in this matter, will review and sign all pleadings, briefs, and other papers filed with the Court, will be responsible for the conduct of this action

Dockets.Justia.com

and for the conduct of the attorneys admitted *pro hac vice*, and will otherwise comply with all the terms and conditions of Local Civil Rule 101.1(c).

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: May 15, 2007	Respectfully submitted,

**TRUJILLO RODRIGUEZ & RICHARDS, LLC**

By:   /s Lisa J. Rodriguez
	Lisa J. Rodriguez
	8 Kings Highway West
	Haddonfield, New Jersey 08033
	Telephone: (856) 795-9002