UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JARED WORKMAN, and MARK and MONA COHEN, on behalf of themselves and all others similarly situated : : : : Plaintiffs : : vs. : : MENU FOODS LIMITED, MENU FOODS, INC., and MENU FOODS MIDWEST CORPORATION : : : : Defendants : : | Case No. 07-cv-1338 |

CERTIFICATION OF RUSSELL D. PAUL, ESQUIRE,
IN SUPPORT OF THE MOTION FOR
PRO HAC VICE ADMISSION

I, Russell D. Paul, Esquire, hereby certify as follows:

1. I am an attorney in the law firm of Berger & Montague, P.C., 1622 Locust Street, Philadelphia, PA 19103, and I make this certification in support of my *pro hac vice* admission to this Court pursuant to Local Civil Rule 101.1.

2. I am a member in good standing of the Bar of Pennsylvania.

3. I am admitted to practice in the courts of the 7th Circuit, District of Colorado, District of Delaware, Southern District of New York and the Eastern District of Pennsylvania.

4. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

5. I have been requested to represent Plaintiffs in this matter.

6. This matter involves negligence and warranty law brought by Jared Workman, Mark and Mona Cohen (plaintiffs) against Menu Foods Limited, Menu Foods, Inc. and Menu Foods Midwest Corporation (defendants).

7. Given my experience in litigating such claims and my familiarity with the issues involved in this matter, my admission *pro hac vice* will serve the interests of the Plaintiffs and will also facilitate the efficient litigation of this matter. The cause in which the attorney seeks admission involves a complex field of law in which the attorney is a specialist

8. I have associated in this matter with a New Jersey attorney, Lisa J. Rodriguez, Esquire of Trujillo Rodriguez & Richards, LLC, 8 Kings Highway West, Haddonfield, NJ 08033, as required by Local Rule 4.

9. I further agree to:

a. make payment to the New Jersey Lawyer's Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a), and pursuant to R.1:20-1(b) and the client's Security Fund of the Bar of New Jersey pursuant to R.1:20-2. I paid $458 to the NJ Lawyers' Fund on April 23, 2007;

b. make payment of $150.00 to the Clerk of the United States District Court in accordance with L.Civ.R. 101.1(c)(3) as amended, within 20 days from the date of the executed Order;

c. abide by New Jersey court rules;

d. notify this Court immediately of any matter effecting my standing at the Bar of any other court; and

e. have all pleadings, briefs, and other papers filed with the Court signed by an attorney of record authorized to practice in New Jersey.

I certify that the foregoing statements made by me are true.

Date: 5/15/07

*Russell D. Paul*
Russell D. Paul