**TRUJILLO RODRIGUEZ & RICHARDS, LLC**
Lisa J. Rodriguez
8 Kings Highway West
Haddonfield, New Jersey 08033
Telephone: (856) 795-9002
Facsimile: (856) 795-9887

Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Jared Workman, and Mark and Mona Cohen, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Menu Foods Limited, Menu Foods Inc., and Menu Foods Midwest Corporation<br><br>Defendants. | Civil Action No.: 07-cv-1338 |

## ORDER

**THIS MATTER**, having been opened to the Court by Lisa J. Rodriguez, Esquire, of Trujillo Rodriguez & Richards, LLC, attorney for Plaintiffs, by way of motion for the *pro hac vice* admission of Russell D. Paul, Esquire and the Court having considered the Certifications of the attorneys in support of the motion, it is hereby ORDERED that:

1. Russell D. Paul is hereby admitted *pro hac vice*, to appear in this matter on behalf of Plaintiffs;

2. Russell D. Paul is hereby required to abide by the rules of this Court and the rules governing the courts of the State of New Jersey including all disciplinary rules;

Dockets.Justia.com

3. Russell D. Paul consents to the appointment of the Clerk of the Supreme Court as agent upon whom service of process may be made for all actions against the attorney for the attorney's firm that may arise out of the attorney's standing at the bar of any other court;

4. Russell D. Paul is hereby required to notify the Court of any matter affecting his standing at the bar of any court;

5. Russell D. Paul shall have all pleading, briefs, and other papers filed with the Court signed by an attorney-of record authorized to practice in this State, who shall be held responsible for them and for the conduct of the cause and of the attorney admitted *pro hac vice*;

6. Russell D. Paul shall make payment of $150.00 to the Clerk of the United States District Court in accordance with L.Civ.R. 10.1(c)(3) as amended, within 20 days from the date of the entry of this Order; and

7. Russell D. Paul shall comply with the obligations of any attorney admitted to practice in this Court and shall make payment to New Jersey Lawyers' Fund for client protection as provided by New Jersey Court Rule 1:28-2(a).

Dated: June __, 2007

By:_____