**TRUJILLO RODRIGUEZ & RICHARDS, LLC**
Lisa J. Rodriguez
8 Kings Highway West
Haddonfield, New Jersey 08033
Telephone: (856) 795-9002
Facsimile: (856) 795-9887

Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Jared Workman, and Mark and Mona Cohen, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Menu Foods Limited, Menu Foods Inc., and Menu Foods Midwest Corporation<br><br>Defendants. | Civil Action No.: 07-cv-1338 |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Plaintiffs' Notice of Motion to admit Russell D. Paul *Pro Hac Vice*, Certification of Russell D. Paul in Support of the Motion for *Pro Hac Vice* Admission, Certification of Lisa J. Rodriguez in Support of the Motion for *Pro Hac Vice* Admission and a Proposed Order were served via e-filing upon counsel listed below:

Gerald H. Hanson
Hill Wallack LLP
202 Carnegie Center
Princeton, NJ 08543-5226

Dated: May 15, 2007          By:___/s Lisa J. Rodriguez___
                                  Lisa J. Rodriguez