**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JARED WORKMAN, et al., Plaintiffs, v. MENU FOODS LIMITED, et al., Defendants. | Civil Action No. 07-1338 (NLH)<br><br>**ORDER** |
| SUZANNE THOMSON, et al., Plaintiffs, v. MENU FOODS LIMITED, et al., Defendants. | Civil Action No. 07-1360 (NLH) |
| LARRY WILSON, et al., Plaintiffs, v. MENU FOODS LIMITED, et al., Defendants. | Civil Action No. 07-1456 (NLH) |
| PAUL RICHARD, et al., Plaintiffs, v. MENU FOODS LIMITED, et al., Defendants. | Civil Action No. 07-1457 (NLH) |

| | |
|---|---|
| LINDA TINKER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS LIMITED, et al.,<br><br>Defendants. | Civil Action No. 07-1468 (NLH) |
| JANICE BONIER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS LIMITED, et al.,<br><br>Defendants. | Civil Action No. 07-1477 (NLH) |
| JULIE HIDALGO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS LIMITED, et al.,<br><br>Defendants. | Civil Action No. 07-1488 (NLH) |
| ALEXANDER NUNEZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS LIMITED, et al.,<br><br>Defendants. | Civil Action No. 07-1490 (NLH) |

| | |
|---|---|
| MARK GOLDING, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS LIMITED, et al.,<br><br>Defendants. | Civil Action No. 07-1521 (NLH) |
| TROY GAGLIARDI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS LIMITED, et al.,<br><br>Defendants. | Civil Action No. 07-1522 (NLH) |
| KAMI TURTURRO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS LIMITED, et al.,<br><br>Defendants. | Civil Action No. 07-1523 (NLH) |
| PEGGY SCHNEIDER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS LIMITED, et al.,<br><br>Defendants. | Civil Action No. 07-1533 (NLH) |

| | |
|---|---|
| LESLIE BERNDL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS LIMITED, et al.,<br><br>Defendants. | Civil Action No. 07-1553 (NLH) |
| JAYME PITTSONBERGER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS LIMITED, et al.,<br><br>Defendants. | Civil Action No. 07-1561 (NLH) |
| DAVID CARTER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS LIMITED, et al.,<br><br>Defendants. | Civil Action No. 07-1562 (NLH) |
| JIM BULLOCK, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS LIMITED, et al.,<br><br>Defendants. | Civil Action No. 07-1579 (NLH) |

4

| | |
|---|---|
| CHRISTINA JOHNSON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MENU FOODS LIMITED, et al., <br><br> Defendants. | Civil Action No. 07-1610 (NLH) |
| JAMES CONNER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MENU FOODS LIMITED, et al., <br><br> Defendants. | Civil Action No. 07-1623 (NLH) |
| MATT LONG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MENU FOODS LIMITED, et al., <br><br> Defendants. | Civil Action No. 07-1624 (NLH) |
| CHANTELLE CONTI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MENU FOODS LIMITED, et al., <br><br> Defendants. | Civil Action No. 07-1638 (NLH) |

| | |
|---|---|
| STEVEN FREEMAN, et al., Plaintiffs, v. MENU FOODS LIMITED, et al., Defendants. | Civil Action No. 07-1646 (NLH) |
| KAREN PIRCHES, et al., Plaintiffs, v. MENU FOODS LIMITED, et al., Defendants. | Civil Action No. 07-1685 (NLH) |
| DIANA DIEDRICH, et al., Plaintiffs, v. MENU FOODS LIMITED, et al., Defendants. | Civil Action No. 07-1700 (NLH) |
| TODD SOKOLWSKI, et al., Plaintiffs, v. MENU FOODS LIMITED, et al., Defendants. | Civil Action No. 07-1709 (NLH) |

| | |
|---|---|
| MICHELE MCCULLOUGH, et al., Plaintiffs, v. MENU FOODS LIMITED, et al., Defendants. | Civil Action No. 07-1710 (NLH) |
| STEVE COLQUITT, et al., Plaintiffs, v. MENU FOODS LIMITED, et al., Defendants. | Civil Action No. 07-1738 (NLH) |
| LUKE DEBARATHY, et al., Plaintiffs, v. MENU FOODS LIMITED, et al., Defendants. | Civil Action No. 07-1739 (NLH) |
| LOREN BYERS, et al., Plaintiffs, v. MENU FOODS LIMITED, et al., Defendants. | Civil Action No. 07-1747 (NLH) |

| | |
|---|---|
| LYNNE CARESTIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS LIMITED, et al.,<br><br>Defendants. | Civil Action No. 07-1762 (NLH) |

This matter having come before the Court on Defendants' motions to stay, as well as the Court's inherent power to stay proceedings through the exercise of its sound discretion, see Landis v. North American Co., 299 U.S. 248, 254-55 (1936); and

It appearing that some of the parties in the above-captioned actions have filed motions with the Joint Panel on Multidistrict Litigation to transfer and consolidate these actions;

**IT IS HEREBY ORDERED** on this 2nd day of May, 2007, that the above-captioned actions are stayed until the Joint Panel on Multidistrict Litigation issues a decision on the transfer and consolidation motions currently pending before it in MDL-1850, In re Pet Food Product Liability Litigation.

|  |  |
|---|---|
| At Camden, New Jersey | s/ Noel L. Hillman<br>NOEL L. HILLMAN, U.S.D.J. |