# CRAWFORD & COMPANY DATA COLLECTION FORM
# RE: MENU FOODS INCOME FUND'S PRODUCT RECALL

\*       Please complete separate form for each pet claimed to have been affected by pet food manufactured by Menu Foods Income Fund.

**Call ID Number provided by Crawford & Company (if known):**

## I. PET OWNER INFORMATION

1. Name of Pet Owner: _____

2. Current Address: _____

3. Telephone Number: _____

4. Social Security Number: _____

5. What type of pet does this concern?

    Cat _____          Dog _____          Other _____

6. Are you the owner of the pet?

    Yes _____          No _____     If no, who owns the pet? _____

7. Are you claiming that your pet has or may develop bodily injury as a result of consuming pet food manufactured by Menu Food Income Fund?

    Yes _____          No _____     If no, go to Question 15

8. What injuries do you believe your pet has sustained as a result of consuming pet food manufactured by Menu Food Income Fund (Please check all that apply)?

> _____ Vomiting
> _____ Lack of appetite
> _____ Increased thirst
> _____ Frequent urination and increase in volume
> _____ Depression / Decrease in interest
> _____ Ulcers in the mouth
> _____ Urine-like breath odor
> _____ Poor hair coat
> _____ Death
> _____ Others: _____

9. If your pet has died, please answer the following:

   a. Date of Death (month/date/year):
   _____

   b. Was a post-mortem exam performed

   Yes _____    No _____

   c. Was the cause of death determined?

   Yes _____    No _____

   If "Yes," what was the cause of death, who determined it and when?

| Cause of Death | Veterinarian | Date of Determination |
|---|---|---|
|  |  |  |

10. When did your pet begin to exhibit the above mentioned symptoms (month/date/year)?

_____

11. Have you contacted your veterinarian?

   Yes _____    No _____

12. Has your pet been seen and/or treated by a veterinarian or health care provider subsequent to consuming pet food manufactured by Menu Foods Income Fund?

       Yes _____          No _____

       If "Yes," please list the name, address and telephone of each veterinarian, date of treatment (if any) and diagnosis.

| Veterinarian | Address | Telephone Number | Date of Treatment | Diagnosis |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

13. What (if any) instructions were given to you by your veterinarian?_____

_____

_____

14. Please list the amount of medical bills and/or expenses your pet has incurred to date (Please itemize, including any burial and/or cremation expenses if applicable). _____

_____

_____

## II.  PRODUCT INFORMATION

15. What type of pet food does this claim concern?

       Cat _____          Dog _____

16. What is the name of the pet food (product description)? _____

17. What brand is the pet food (Please circle below)?

| Cat: | Americas Choice, Preferred Pets |
| --- | --- |
| | Authority |
| | Best Choice |
| | Companion |
| | Compliments |
| | Demoulas Market Basket |
| | Eukanuba |
| | Fine Feline Cat |
| | Food Lion |
| | Foodtown |
| | Giant Companion |
| | Hannaford |
| | Hill Country Fare |
| | Hy-Vee |
| | Iams |
| | Laura Lynn |
| | Li'l Red |
| | Loving Meals |
| | Meijer's Main Choice |
| | Nutriplan |
| | Nutro Max Gourmet Classics |
| | Nutro Natural Choice |
| | Paws |
| | Pet Pride |
| | Presidents Choice |
| | Price Chopper |
| | Priority US |
| | Save-A-Lot |
| | Schnucks |
| | Science Diet Feline Savory Cuts Cans |
| | Sophistacat |
| | Special Kitty Canada |
| | Special Kitty US |
| | Springfield Prize |
| | Sprout |
| | Stop & Shop Companion |
| | Tops Companion |
| | Wegmans |
| | Weis Total Pet |
| | Western Family US |
| | White Rose |
| | Winn Dixie |

| Dog: | Americas Choice, Preferred Pets |
| --- | --- |
| | Authority |
| | Award |
| | Best Choice |
| | Big Bet |
| | Big Red |
| | Bloom |
| | Wegmans Bruiser |
| | Cadillac |
| | Companion |
| | Demoulas Market Basket |
| | Eukanuba |
| | Food Lion |
| | Giant Companion |
| | Great Choice |
| | Hannaford |
| | Hill Country Fare |
| | Hy-VeeIams |
| | Laura Lynn |
| | Loving Meals |
| | Meijers Main Choice |
| | Mighty Dog Pouch |
| | Mixables |
| | Nutriplan |
| | Nutro Max |
| | Nutro Natural Choice |
| | Nutro Ultra |
| | Nutro |
| | Ol'Roy Canada |
| | Ol'Roy US |
| | Paws |
| | Pet Essentials |
| | Pet Pride - Good n Meaty |
| | Presidents Choice |
| | Price Chopper |
| | Priority Canada |
| | Priority US |
| | Publix |
| | Roche Brothers |
| | Save-A-Lot |
| | Schnucks |
| | Shep Dog |
| | Springsfield Prize |
| | Sprout |
| | Stater Brothers |
| | Weis Total Pet |
| | Western Family US |
| | White Rose |
| | Winn Dixie |

18. Is the pet food packaged in a can or a pouch?

   Can: \_\_\_\_\_          Pouch: \_\_\_\_\_

19. What is the size of the can or pouch (in ounces)? _____

20. Please list the UPC of each can and/or pouch fed to your pet. _____

21. When was the pet food manufactured (The manufacture date can be found on the bottom of the can or the back of the pouch)? _____

### III. PURCHASE INFORMATION

22. Did you purchase the pet food?

   Yes \_\_\_\_\_          No \_\_\_\_\_     If no, who purchased it? _____

23. Where was the pet food purchased (Please list store name and address)? _____

   _____

24. When was the pet food purchased (month/date/year)? _____

25. Do you have a copy of the sales receipt for the pet food?

   Yes \_\_\_\_\_          No \_\_\_\_\_

26. How many cans and/or pouches of the pet food were purchased?
   _____

## IV.  USE INFORMATION

27.   Did you feed the pet food to your pet?

   Yes _____          No _____      If no, who fed it to your pet?_____

28.   When was the pet food fed to your pet (month/date/year)? _____

29.   Was this the first time that your pet had consumed this pet food?

   Yes _____          No _____

   If no, how long had your pet been consuming the pet food (months)? _____

30.   How many cans and/or pouches did your pet consume? _____

31.   Are you currently in possession of the can(s) and/or pouch(es)

   Yes _____          No _____

   If "Yes," preserve all opened and unopened can(s) and/or pouch(es) in question.

32.   How many can(s) and/or pouch(es) do you have in your possession?

   Can(s) _____       Pouch(es) _____

33.   How many of the can(s) and or pouch(es) in your possession are <u>open</u>:

   Can(s) _____       Pouch(es) _____

34.   How many of the can(s) and or pouch(es) in your possession are <u>unopened</u>:

   Can(s) _____       Pouch(es) _____

35.  Are you in possession of any open and/or unused <u>pet food</u>?

      Yes _____          No _____

      If "Yes" preserve all open and/or unused pet food in double-bagged sealable plastic and store in the freezer.

36.  Did you return any open and/or unused can(s), pouch(es) and/or pet food to the store?

      Yes _____          No _____

      If "Yes," where and when? _____

## V.  PET MEDICAL INFORMATION

37.  Breed of Pet: _____

38.  Date of birth: _____

39.  Sex:   Male _____          Female _____

40.  Prior to consuming the product, did your pet have any preexisting health conditions?

      Yes _____          No _____

41.  If "Yes," please specify the type of condition or disease, date of diagnosis, veterinarian by whom diagnosis was made, treatment (if applicable), date of recovery (if applicable).

| Condition/Disease | Date of Diagnosis | Veterinarian | Treatment | Date of Recovery |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

42. Prior to consuming the product, was your pet on any medications?

               Yes _____          No _____

43. If "Yes," please list medication(s) and date of use.

| Medication | Date of Use |
|---|---|
|  |  |
|  |  |

44. Please list the names and addresses of each of your pet's current veterinarian.

| Name | Address |
|---|---|
|  |  |
|  |  |

45. Please list the names and addresses of each clinic or healthcare facility that your pet has received treatment in the last ninety (90) days.

| Clinic / Healthcare Facility | Address |
|---|---|
|  |  |
|  |  |

## VI.  RELEVANT DOCUMENTS

Please send all relevant documents and materials, including the following:

- Any records relating to the purchase of the pet food in question, including but not limited to sales receipts, credit card bills and/or other related invoices.

- Can(s) and/or pouch(es) of the pet food in question.  (Please ensure they are fully cleaned prior to sending to avoid delays at the post office).

  If there is still product in the can our pouch, please retain the product in a double-sealed bag in your freezer.  Do not send cat or dog food in the mail.

- Records of any veterinarian, clinic and/or other healthcare facility identified in response to this profile form.

Please retain a copy of these documents for your own records.

---

**Please return this claim form and all relevant documents to:**

**Crawford & Company**
**Menu Foods Recall**
**133 Weber Street North, Suite 3-514**
**Waterloo, ON**
**N2J 3G9**