May 14, 2007

Dear Pet Owner:

Thank you for taking the time to contact our call center regarding your claim. We are sympathetic to your situation, and offer our apologies for any difficulties that you have experienced related to Menu Foods recall. While we remain committed to resolving your claim quickly, we feel it necessary to advise you of the effects of entering into a settlement with Menu Foods, as well as to inform you of other avenues which are available to pursue your claim. We do not intend to offer you legal advice, but rather to present you with sufficient information so that you may make an informed decision. If you have questions relating to a legal issue, please feel free to contact an attorney.

As you may know, more than fifty class action lawsuits have been filed throughout the United States and in Canada by a number of attorneys who each seek to represent the interests of various classes of pet owners, like yourself, who claim that their cats and/or dogs have been injured or died as the result of eating one of Menu Foods' products. Please see attached Service List for Multi-District Litigation 1850 - *In re Pet Food Products Liability Litigation*, listing contact information of Plaintiffs' attorneys. We expect Plaintiffs' lawyers will make motions for class certification, and Menu Foods expects to oppose those motions. At this point, no court has ruled on the question of whether class certification is appropriate. Further, other manufacturers, including Nestle Purina, Sunshine Mills, Del Monte, Diamond Pet Food, Royal Canin and SmartPac also have recalled products. Please be sure that this claim relates to pet food manufactured by Menu Foods. For additional information regarding the recalled pet foods, please see http://www.fda.gov/oc/opacom/hottopics/petfood.html.

It remains Menu Foods' desire to address any reasonable expense incurred by pet owners that we can identify as being caused by contamination of Menu Foods' products. Any mutually agreeable settlement of your claim would require you to sign a settlement agreement that would release any and all claims for damages that you may have arising out of the recall and/or related to the injury and/or death of your pet. However, you do have the option of contacting one of the numerous plaintiffs' attorneys who have these class actions, and pursuing your claim in that fashion. If you have any additional questions regarding the full extent of your rights, we suggest that you speak to an attorney.

If you wish at this time to begin the settlement process directly with Menu Foods rather than pursue other available avenues, we ask that you complete, sign and return the enclosed claim form. Subject to any court order, which would prevent Menu Foods from proceeding with the settlement contemplated herein, we will proceed with the settlement process. Please continue to check Menu Foods' website for further developments and updates in this matter. We sincerely hope that we are able to work together to bring this matter to a prompt conclusion.

# MENU FOODS
# CLASS ACTION LAWSUIT
# ATTORNEYS (BY STATE)

## ARKANSAS

Attorney for Charles Ray Sims, Pamela Sims, Kirby Cooper
Jason Matthew Hartfield
Lundy & Davis, L.L.P.
300 N. College Ave., Ste. 309
Fayetteville, AR 72701
(479) 527-3921 (Telephone)
(479) 587-9196 (Facsimile)

Attorney for Barbara Widen, Richard Scott
Jeremy Y. Hutchinson
Patton, Roberts, McWilliams & Capshaw, L.L.P.
Stephens Bldg.
111 Center St., Ste. 1315
Little Rock, AR 72201
(501) 372-3480 (Telephone)
(501) 372-3488

Attorney for Sandra Gray, Nick Jackson, Deena Jackson
Bill G. Horton
122 North 11th St.
P.O. Box 184
Fort Smith, AR 72902
(479) 464-8269 (Telephone)
(479) 464-8287 (Facsimile)

## CALIFORNIA

Attorney for Lois Grady
Gregory D. Helmer
Helmer Friedman, LLP
723 Ocean Front Walk
Venice, CA 90291
(310) 396-7714 (Telephone)

Attorney for Sherry Ingles
Shawn A. Williams
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine St., Ste. 2600
San Francisco, CA 94111
(415) 288-4545 (Telephone)
(415) 288-4534 (Facsimile)

Attorney for Paul Randolph Johnson
Michael L. Kelly
Kirtland & Packard, LLP
2361 Rosecrans Ave., Fourth Floor
El Segundo, CA 90245
(310) 536-1000 (Telephone)
(310) 536-1001 (Facsmile)

Attorney for Ken Wahl, Shane Barbi, Sia Barbi, Jennifer Hart, Maria Mitchell, Hayley Ford,
Shannon J. Kramer
Rene L. Barge
Rene L. Barge, APC, Class Action Litigation Group
11111 Santa Monica Blvd., Ste. 1000
Los Angeles, CA 90025
(310) 481-9851 (Telephone)
(310) 479-7051 (Facsimile)

Attorney for Finestone
William T. King
Thomas M. Ferlauto
King & Ferlauto, LLP
1880 Century Park East, Ste. 820
Los Angeles, CA 90067-1627
(310) 552-3366 (Telephone)
(310) 552-3289 (Facsimile)

Attorney for Howe, Dennis Lee Townsend, Glenna Townsend
Sabrina S. Kim
Jeff S. Westerman
Milberg Weiss & Bershad, LLP
One California Plaza
300 South Grand Ave., Ste. 3900
Los Angeles, CA 90071
(213) 617-1200 (Telephone)
(213) 617-1795 (Facsimile)

Attorney for Swarberg
Jeff B. Cereghino
Berding & Weil
3240 Stone Valley Road West
Alamo, CA 94507-1558
(925) 838-2090 (Telephone)
(925) 820-5592 (Facsimile)

Attorney for Mitch & Jayne Englander
David C. Parisi
Suzanne Havens Beckman
Parisi & Havens LLP
15233 Valleyheart Dr.
Sherman Oaks, CA 91403
(818) 990-1299 (Telephone)
(818) 501-7852 (Facsimile)

Attorney for Robert Payne, Steve Bartilucci
Eric Benink
Krause Kalfayan Benink and Slavens
625 Broadway, Ste. 635
San Diego, CA 92101
(619) 232-0331 (Telephone)
(619) 232-4019 (Facsimile)

## COLORADO

Attorney for Emily Tompkins
Jennifer Reba Thomaidis
Thomaidis Law, LLC
1866 Vine St.
Denver, CO 80206
(303) 322-4355 (Telephone)
(303) 322-4354 (Facsimile)

## CONNECTICUT

Attorney for Lauri A. Osborne
Bruce E. Newman
Law Offices of Bruce E. Newman, L.L.C.
99 North St., Route 6
P.O. Box 575
Bristol, CT 66011
(860) 583-5200)

# **FLORIDA**

Attorney for Christian Troiano
Stuart A. Davidson
Lerach, Coughlin, Stoia, Geller, Rudman & Robins, L.L.P.
Suite 500
Boca Raton, FL 33432-4809
(561) 750-3000 (Telephone)
(561) 750-3364 (Facsimile)

Attorney for Stephen Donnelly, Jennifer Hirini
Scott Rhead Sheperd
Sheperd Finkelman Miller & Shah
4400 N. Federal Highway
Lighthouse Point, FL 33064-1717
(954) 943-9191 (Telephone)
(954) 943-9173 (Facsimile)

Attorney for Richard Alonso
Michael P. Maguire
Maguire & Friend, P.A.
999 Ponce de Leon Blvd., Ste. 510
Coral Gables, FL 33134
(305) 443-0820 (Telephone)
(305) 443-0903 (Facsimile)

Attorneys for George Birney, Audrey Birney
Luis G. Figuero
Martinez, Mangliardi, Diez-Arguelles & Tejedor
Attorneys Trial Group
540 N. Semoran Blvd.
Orlando, FL 32807
(407) 381-4123 (Telephone)

Attorney for Abby Schein
Stuart A. Davidson
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
120 E. Palmetto Park Road, Ste. 500
Boca Raton, FL 33432-4809
(561) 750-3000 (Telephone)
(561) 750-3364 (Facsimile)

Attorney for Maria Teresa Ferrarese
Scott William Weinstein
Morgan & Morgan, PA
12800 University Dr. – Ste 600
P.O. Box 9504
Ft Myers, FL 33906
(239) 433-6880 (Telephone)
(239) 433-6836 (Facsimile)

## IDAHO

Attorney for Klimes, Lavoie, Mueller
Philip H. Gordon
Gordon Law Offices
623 West Hays St.
Boise, ID 83702
(208) 345-7100 (Telephone)
(208) 345-0050 (Facsimile)

## ILLINOIS

Attorney for Dawn Majerczyk
John Blim
Blim & Edelson, L.L.C.
53 W. Jackson Blvd., Ste. 1642
Chicago, IL 60604
(312) 913-9400 (Telephone)
(312) 913-9401 (Facsimile)

Attorney for Heather Amro
Andrae P. Reneau
Wexler Toriseva Wallace LLP
1 N. LaSalle St., Ste. 2000
Chicago, IL 60602
(312) 346-2222 (Telephone)

Attorney for Sonja Foxe
John H. Alexander
John H. Alexander & Associates, LLC
100 W. Monroe, Ste. 2100
Chicago, IL 60602
(312) 263-7731

Attorney for Shirley Sexton
Kenneth A. Wexler
Wexler, Toriseva, Wallac, L.L.P.
One N. LaSalle St., Ste. 2000
Chicago, IL 60602

Attorney for Gary Bruski
William Boznos
Bellas & Wachowski
15 N. Northwest Highway
Park Ridge, IL 60068
(847) 823-9030 (Telephone)

## INDIANA

Attorney for Ricky Koontz, Judy A Koontz, Jeffrey Koontz, Ricky Koontz, Jr., Wayne
McClaran, Burtetta McClaran
James M. Macalka
607 Michigan Ave.
LaPorte, IN 46350
(219) 325-3305 (Telephone)

## MAINE

Attorney for Mara Brazilian
Leonard M. Gulino
Bernstein Shur
100 Middle St.
P.O. Box 9729
Portland, ME 04104-5029
(207) 774-1200 (Telephone)

## MASSACHUSETTS

Attorney for Lidia Rodrigues
Brian R. Cunha
Brian Cunha & Associates
311 Pine St.
Fall River, MA 02720
(508) 675-9500 (Telephone)
(508) 679-6560 (Facsimile)

Attorney for Megan Connerton, Kimberly Mello
Eugene R. Richard
Howard J. Wayne
Wayne, Richard & Hurwitz, LLP
One Boston Place, Suite 3620
Boston, MA 02108
(617) 720-7870 (Telephone)
(617) 720-7877 (Facsimile)

## MINNESOTA

Attorney for Rozman
Garrett D. Blanchfield, Jr.
Reinhardt Wendorf & Blanchfield
E-1250 First National Bank Building
332 Minnesota St.
St. Paul, MN 55101
(651) 287-2100 (Telephone)
(651) 287-2103 (Facsimile)

Attorney for Wendy Kroschell
Daniel E. Gustafson
Daniel C. Hedlund
Gustafson Gluek PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
(612) 333-8844 (Telephone)
(612) 339-6622 (Facsimile)

## NEVADA

Attorney for Marion Streczyn
William M. O'Mara
O'Mara Law Firm, P.C.
311 East Libert St.
Reno, NV 89501
(775) 323-1321 (Telephone)
(775) 323-4082 (Facsimile)

Attorney for Margaret Picus
Robert B. Gerard
Lawrence T. Osuch
Gerard & Osuch, LLP
2840 S. Jones Blvd.
Building D., Ste. #4
Las Vegas, NV 89146

## **NEW YORK/NEW JERSEY**

Attorney for Thomson, Trautman
Gregg D. Trautman
Trautman & Associates, LLC
262 E. Main St.
Rockaway, NJ 07866
(973) 316-8100 (Telephone)
(973) 983-1119 (Facsimile)

Attorney for Tinker
Arthur N. Abbey Gardy
Abbey Spainier Rodd Abrams & Paridis, LLP
212 E. 39th St.
New York, NY 10016
(212) 889-3700 (Telephone)

Attorney for Larry Wilson, Paul Richard, Jennifer Richard, Troy Gagliardi, Mark Golding, Julie
Hidalgo, Alexander Nunez, Kami Turturro, Steven Freeman, Diana Diedrich, Steve Colquitt,
Marianna Cutter, Michelle McCullough, Luke deBarthy
Joseph J. DePalma, Esq.
Bruce D. Greenburg, Esq.
Lite Depalma Greenberg & Rivas, LLC
Two Gateway Center, 12th Floor
Newark, NJ 07102
(973) 623-3000
(973) 623-0211

Attorney for Schneider, Chantelle Conti, Cheri Cutler, Matt Long, Lynne Carestio
Lisa J. Rodriguez
Donna Siegel Moffa
Trujillo, Rodriguez & Richards, LLC
8 Kings Highway W.
Haddonfield, NJ 08033
(856) 795-9002 (Telephone)
(856) 795-9887 (Facsimile)

Attorney for Janice Bonier, Guy Britton, Tammy Matthew, Leslie Berndl, Jim Moses, Terri Moses
Michael A. Ferrara, Jr.
The Ferrara Law Firm, LLC
601 Longwood Avenue
Cherry Hill, NJ 08002
(856) 779-9500 (Telephone)

Attorney for Carter, Pittsonberg, Bullock, Karen Pirches, Dinitrise Hicks
Robert Kaplan
Christine M. Fox
Kaplan Fox & Kilsheimer LLP
805 Third Ave., 22nd Floor
New York, NY 10022
(212) 687-1980 (Telephone)
(212) 687-7714 (Facsimile)

Attorney for James Conner, Frances Nash
Scott A. George
Seeger Weiss, LLP
550 Broad St., Ste. 920
Newark, NJ 07102
(973) 639-9100 (Telephone)

Attorney for Christina Johnson
James C. Shah
Shepherd, Finkelman, Miller & Shah, LLC
475 White Horse Pike
Collingswood, NJ 08107-1909
(856) 858-1770 (Telephone)
(856) 858-7012 (Facsimile)

Attorney for Judy McGuriman
Alan C. Milstein
John M Hanamirian
Sherman, Silverstein, Kohl, Rose & Podolosky, P.A.
Fairway Corporate Center
4300 Hanndofield Road, Ste. 311
Pennsauken, NJ 08109
(856) 662-0700 (Telephone)
(856) 488-4744 (Facsimile)

Attorney for Olivia Guercioni
Keith T. Smith
Law Offices of Keith T. Smith
Suite 202 Ridgewood Plaza
2327 New Road
Northfield, New Jersey 08225
(609) 645-7060 (Telephone)
(609) 645-7063 (Facsimile)

Attorney for Loren Byers, Kay Byers, Camilla Brankov
Seth R. Lesser
Locks Law Firm, LLC
457 Haddonfield Road, Suite 500
Cherry Hill, NJ 08002
(856) 663-8200 (Telephone)
(856) 661-8400 (Facsimile)

Attorney for Bobb
Kenneth M. Mollins
Law Office of Kenneth M. Mollins
425 Broad Hollow Road, Ste. 215
Melville, NY 11747
(631) 608-4100 (Telephone)

Attorney for Mark Cashman, Ciro Aiello
Gregory Mark Nespole
Martin E. Restituyo
270 Madison Ave.
New York, NY 10016
(212) 545-4600 (Telephone)
(212) 686-0114 (Facsimile)

## OHIO

Attorney for Boehm
John T. Murrary
Dennis E. Murray, Sr.
Murrary & Murray Co., L.P.
111 East Shoreline Dr.
PO Box 19
Sandusky, OH 44870
(419) 624-3000
(419) 624-0707

## PENNSYLVANIA

Attorney for Mark Cohen, Mona Cohen, Jared Workman
Sherrie R. Savett
Berger & Montague, P.C.
1622 Locust St.
Philadelphia, PA 19103
(215) 875-3071 (Telephone)
(215) 875-5715 (Facsimile)

Attorney for Lori L. Wilson
James T. Davis
Davis & Davis
107 East Main St.
Post Office Box 1163
Uniontown, PA 15401
(724) 437-2799 (Telephone)

## RHODE ISLAND

Attorney for Brown
Peter N. Wasylyk
Law Offices of Peter N. Wasylyk
1307 Chalkstone Ave.
Providence, RI 02908
(401) 831-7730 (Telephone)
(401) 861-8064 (Facsimile)

## TENNESSEE

Attorney for Lizajean Holt, Donna Lefebvre, Kim Leonard, Debra Leroy
Perry A. Craft
Craft & Sheppard, PLC
The Shiloh Building
214 Centerview Dr., Ste. 223
Brentwood, TN 37027
(615) 309-1707 (Telephone)
(615) 309-1717 (Facsimile)

Attorney for Barbara Light
Dan C. Stanley
Stanley & Kurtz, PLLC
422 S. Gay St., Third Floor
Knoxville, TN 37902
(865) 522-9942 (Telephone)
(865) 522-9945 (Facsimile)

## WASHINGTON

Attorney for Stacey Heller, Suzanne E. Johnson, Craig R. Klemann, Audrey Kornelius, Cecily Mitchell, Terrence Mitchell, David Rapp, Toinette Robinson, Barbara Smith, Laura Migliore, Gail Moran, Sheryl Puett, Daniel Ray Reeves, Nancy Guthrie, Jeff Rusiecki, Sheree Robinson, Phyllis A. Ullman, Megan Whitt, Elizabeth Palmer, Jason Labbatte, Helen Percy, Deborah A. Mullen, Gary Thomas, Sandra Shingle, Lerae Dineen, Michelle Adams, Linda Weitz

Steve W. Berman
Hagens, Berman, Sobol, Shapiro, L.L.P.
1301 Fifth Ave., Ste. 2900
Seattle, WA 98101
(206) 623-7292 (Telephone)
(206) 623-0594 (Facsimile)

Attorney for Whaley
Michael David Myers
Myers & Company, PLLC
1809 Seventh Ave., Ste. 700
Seattle, WA 98101
(206) 398-1188 (Telephone)
(206) 411-1112 (Facsimile)

Attorney for Don James, Michele Suggett
Adam P. Karp
Animal Law Offices
114 W. Magnolia St., Ste. 425
Bellingham, WA 98225
(360) 392-3936 (Telephone)

Attorney for Thomas Whaley
Michael David Myers
Myers & Co., P.L.L.C.
1809 Seventh Ave., Ste. 700
Seattle, WA 98101
(206) 398-1188 (Telephone)
(206) 400-1112 (Facsimile)

## WISCONSIN

Attorney for Jacqueline Johnson
Frank Jablonski
Noah Golden-Krasner
Progressive Law Group, LLC
354 W. Main St.
Madison, WI 53703
(608) 258-8511 (Telephone)
(608) 442-9494 (Facsimile)

Attorney for Joy Pagel
Briane F. Pagel, Jr.
Krekeler Strother, SC
15 N. Pinckney St., #200
P.O. Box 828
Madison, WI 53701-0828
(608) 258-8555 (Telephone)
(608) 258-8299 (Facsimile)

Attorney for Penny J. Roberts, Gilbert Iverson
Michael L. Stoker
Brian G. Weber
Cheryl M. Gill
Johns, Flaherty & Collins, S.C.
205 5th Ave. S., Ste. 600
P.O. Box 1626
LaCrosse, WI 54601-1626
(608) 784-5678 (Telephone)

4193327_1.DOC

# CLAIM FORM

Please review the enclosed letter from Menu Foods explaining the effects of settling and other available avenues to proceed with your claim. If you still would like to proceed with settling your claim, please complete this Claim Form and send the following documents and materials to Menu Foods. If you have already completed a Claim Form, you may skip Sections B, C and D.

**Please send the following materials:**

- Copies of any records relating to the purchase of the affected product, including but not limited to sales receipts, credit card bills and/or other related invoices.

- Copies of any label and/or packaging of the affected product.

- Copies of any records of any veterinarian, clinic and/or other healthcare facility identified in response to this claim form.

**Please mail this Claim Form and all requested materials to:**

- Claims in Canada:

  Crawford & Company
  Menu Foods Recall
  Suite 3 – 505, 133 Weber Street North,
  Waterloo, ON N2J 3G9

  Contact Number:    1-866-647-5215

- Claims in the United States:

  Crawford & Company
  P.O. Box 149
  Tucker, GA 30085-0149

  Contact Number:    1-866-625-1669

If you have previously sent the above mentioned materials to Menu Foods, please do not re-send.

**Please preserve all affected product:**

Please preserve all opened and/or unopened cans and/or pouches of the affected product. Open cans and/or pouches can be preserved by double-bagging in sealable plastic and storing in the freezer. Please store product in a place and matter such that no person and/or pet will consume and/or use the product as pet food.

This Claim Form and any information submitted with it will be used only for the purpose of administering the Settlement. Please continue to check the website for further developments and updates in this matter. We sincerely hope that we are able to work together to bring this matter to a prompt conclusion.

Intentionally Blank

**SECTION A - PET OWNER INFORMATION**

1.    Name of Pet Owner: _____

2.    Current Address: _____

3.    Telephone Number(s): Home: _____Work: _____

       Cell: _____

4.    E-mail Address: _____

5.    Please list what type of pet this claim concerns?

       Cat _____ Dog _____ Other _____

**SECTION B - PRODUCT INFORMATION**

6.    Please circle below the brand of affected product manufactured by Menu Foods that this claim concerns. Please note that other manufacturers, including Nestle Purina, Sunshine Mills, Del Monte, Diamond Pet Food, Royal Canin and SmartPac also have recalled pet food. Please see question 7. below for a list of recalled pet food manufactured by other companies.

## Cat Food Products

| | | |
|---|---|---|
| Americas Choice | La Griffe | Save-A-Lot Special Blend |
| Authority | Laura Lynn | Schnucks |
| Best Choice | Li'l Red | Science Diet Feline Savory |
| Cats Choice | Loving Meals | Cuts Cans |
| Companion | Master Choice | Sophistacat |
| Compliments | Medi-Cal | Special Kitty Canada |
| Co-Op Gold | Meijer's Main Choice | Special Kitty US |
| Demoulas Market Basket | Natural Ultramix | Springfield Prize |
| Despar | Nu Pet | Sprout |
| Drs Foster & Smith | Nutriplan | Stop & Shop Companion |
| Eukanuba | Nutro | Stuzzy Gold |
| Fame | Nutro Max Gourmet Classics | Tops Companion |
| Feline Classic | Nutro Natural Choice | Triumph |
| Feline Cuisine | Nutro Products | Wegmans |
| Fine Feline Cat | Paws | Weis Total Pet |
| Food Lion | Performatrin Ultra | Western Family Canada |
| Foodtown | Pet Pride | Western Family US |
| Giant Companion | Presidents Choice | White Rose |
| Giant Eagle | Price Chopper | Winn Dixie |
| Hannaford | Priority Canada | Your Pet |
| Hill Country Fare | Priority US | Other: |
| Hy-Vee | Publix | |
| Iams | Roche Brothers | |
| J.E. Mondou | Roundy's | |

## Dog Food Products

| | | |
|---|---|---|
| Americas Choice | Laura Lynn | Prority US |
| Authority | Loving Meals | Publix |
| Award | Master Choice | Roche Brothers |
| Best Choice | Meijers Main Choice | Save-A-Lot Choice Morsels |
| Big Bet | Mighty Dog Pouch | Schnucks |
| Big Red | Mixables | Shep Dog |
| Bloom | Natural Life | Springsfield Prize |
| Cadillac | Nu Pet | Sprout |
| Companion | Nutriplan | Stater Brothers |
| Compliments | Nutro Max | Stop & Shop Companion |
| Co-Op Gold | Nutro Natural Choice | Tops Companion |
| Demoulas Market Basket | Nutro Ultra | Triumph |
| Eukanuba | Nutro | Truly |
| Food Lion | Ol'Roy Canada | Wegmans Bruiser |
| Giant Companion | Ol'Roy US | Weis Total Pet |
| Great Choice | Paws | Western Family Canada |
| Hannaford | Performatrin Ultra | Western Family US |
| Health Diet Gourmet Cuisine | Pet Essentials | White Rose |
| Hill Country Fare | Pet Pride - Good n Meaty | Winn Dixie |
| Hy-Vee | Presidents Choice | Your Pet |
| Iams | Price Chopper | Other |
| La Griffe | Priority Canada | Other |

4

7.  Has your pet consumed any pet food product other than the Menu Foods' products listed above? If so, please specify the name(s) and brand(s) of any such product. Please find below a list of recalled pet food product manufactured by companies other than Menu Foods.

_____

_____

Dog Products Manufactured by **Other** Companies:

Alpo (Nestle Purina)

Champion Breed Large Biscuit (Sunshine Mills)

Champion Breed Peanut Butter Biscuits (Sunshine Mills)

Dollar General (Del Monte)

Gravy Train (Del Monte)

Happy Tails (Del Monte)

Jerky Treats Beef Flavored Dog Snacks (Del Monte)

Natural Balance (Diamond Pet Food)

Nuture (Sunshine Mills)

Pet Life (Sunshine Mills)

Perfect Pals Large Biscuits (Sunshine Mills) Royal Canin (Royal Canin)

Royal Canin Veterinary (Royal Canin)

SmartPac (SmartPac)

Cat Products Manufactured by **Other** companies:

Blue Buffalo (CJ Foods)

Hill's Prescription Diet (Hills)

Natural Balance (Diamond Pet Food)

Pounce (Del Monte)

Royal Canin Veterinary Diet (Royal Canin)

Other:_____

8.  Is the affected product manufactured by Menu Foods packaged in a can or a pouch?

Can: _____    Pouch: _____

9.  Please list the size of the can or pouch of the affected product (in ounces). _____

10. Please list the UPC of each affected can or pouch.  _____

11. Please list the date the affected product was manufactured (The manufacture date can be found on the bottom of the can or the back of the pouch).

_____

12. Where was the affected product purchased (Please list store name and address)?

_____

13. When was the affected product purchased (month/date/year)?

_____

14.   How many cans and/or pouches were purchased? _____

15.   Do you have a copy of the sales receipt for the affected product?

      Yes _____        No _____

16.   Are you currently in possession of the can(s) and/or pouch(es)?

      Yes _____        No _____

      If yes, how many can(s) and/or pouch(es) do you have in your possession?

      Can(s) _____        Pouch(es) _____

      If yes, are the can(s) and/or pouch(es) opened or unopened?

      Opened _____  Unopened _____

17.   Did you return any affected product to the store?

      Yes _____        No _____

      If yes, please list the name of the store and address

      _____

## SECTION C - USE INFORMATION

18.   Please list the date(s) that your pet consumed the affected product (month/date/year)?

      _____

19.   Was this the first time that your pet had consumed this particular product?

      Yes _____        No _____

      If no, how long had your pet been consuming this product (months)? _____

20.   How many cans and/or pouches did your pet consume? _____

## SECTION D - PET INFORMATION

21.   Name of pet: _____

22.   Breed of pet: _____

23.   Pet's date of birth: _____

24.   Pet's sex:    Male _____    Female _____

25.   Pet's weight (in pounds): _____

26.   Are you claiming that your pet was injured or will be injured as a result of consuming the affected product?

      Yes _____        No _____    If no, go to Question 29.

27. What injuries do you believe your pet has sustained as a result of consuming the affected product (Please check all that apply)?

\_\_\_\_\_ Vomiting
\_\_\_\_\_ Lack of appetite
\_\_\_\_\_ Increased thirst
\_\_\_\_\_ Frequent urination and increase in volume
\_\_\_\_\_ Depression / Decrease in interest
\_\_\_\_\_ Ulcers in the mouth
\_\_\_\_\_ Urine-like breath odor
\_\_\_\_\_ Poor hair coat
\_\_\_\_\_ Death
\_\_\_\_\_ Others: _____

28. Has your pet been seen and/or been treated by a veterinarian or health care provider subsequent to consuming the affected product?

Yes \_\_\_\_\_          No \_\_\_\_\_

If yes, please list the name, address and telephone of your pet's veterinarian, date(s) of treatment and diagnosis.

| Veterinarian | Address | Telephone Number | Date(s) of Treatment | Diagnosis |
|---|---|---|---|---|
| | | | | |

29. Prior to consuming the product, did your pet have any pre-existing health conditions?

Yes \_\_\_\_\_          No \_\_\_\_\_

If yes, please specify the type of condition or disease, date(s) of diagnosis, veterinarian by whom diagnosis was made, treatment (if applicable), date of recovery (if applicable):

| Condition/Disease | Date(s) of Diagnosis | Veterinarian | Treatment | Date of Recovery |
|---|---|---|---|---|
| | | | | |
| | | | | |

30. Prior to consuming the product was your pet on any medication(s)?

Yes \_\_\_\_\_          No \_\_\_\_\_

If yes, please list medication(s) and dates(s) of use.

| Medication(s) | Date(s) of Use |
|---|---|
| | |
| | |
| | |
| | |

7

## SECTION E - CLAIMS INFORMATION

31.    Please list and itemize all expenses you have incurred related to Menu Foods' recall, including the cost of the affected product, veterinarian bills and burial and/or cremation expenses if applicable.

_____

32.    Have you received any reimbursement from any company or through any pet insurance for any of the expenses listed in Question 31? _____

If yes, please list the amount of reimbursement you have received and from which company you have received the reimbursement.

_____

## DECLARATION

I certify under penalty of perjury that the information provided above is true and correct and that the submission of false information may subject me to civil and/or criminal penalties.

I acknowledge receipt and review the letter from Menu Foods which explains the effects of settling and lists other available avenues to pursue my claim, including the pending class actions. Despite these other avenues, I would like to proceed with settling my claim with Menu Foods.

Signature: _____    Date: _____