**TRUJILLO RODRIGUEZ & RICHARDS, LLC**
Lisa J. Rodriguez
8 Kings Highway West
Haddonfield, NJ 08033
(856) 795-9002

Attorney for Plaintiffs

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| Jared Workman, and Mark and Mona Cohen, on behalf of themselves and all others similarly situated, | Civil Action No.: 07-cv-1338 |
| Plaintiffs, | |
| vs. | |
| Menu Foods Limited, Menu Foods Inc., and Menu Foods Midwest Corporation | |
| Defendants. | |

### CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a copy of Plaintiffs' Reply Memorandum of Law in Support for Order to Show Cause Why a Protective Order to Supervise or Limit Communications With Absent Class Members Should Not Issue to be served via e-filing upon counsel listed below:

Gerald H. Hanson
Hill Wallack LLP
202 Carnegie Center
Princeton, NJ 08543-5226

Dated: May 17, 2007              By:     s/Lisa J. Rodriguez
                                              Lisa J. Rodriguez