UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

Office: Camden

Proceeding Date: 5/18/07

**JUDGE NOEL L. HILLMAN**

Court Reporter: Stephen J. Daner

Title of Case:                                              Docket # 07-1338(NLH)
WORKMAN, et al
    v.
MENU FOODS, INC., et al

Appearances:
Lisa J. Rodriguez, Esq. and Russell Paul, Esq. for plaintiffs
Gerard H. Hanson, Esq. and Edward D. Ruff, III, Esq. for defendants

Nature of Proceedings:
Hearing on plaintiffs' motion to for an Order to Show Cause for a Protective Order

Disposition:
Hearing on application by plaintiffs for pro hac vice admission.
Ordered application granted appointing Russell D. Paul, Esq. pro hac vice.
Order entered.
Hearing on application by defendants for pro hac vice admissions.
Ordered application granted appointing Edward Ruff, III, Esq. and Michael P. Turiello, Esq. pro hac vice.
Order entered.
Defendants to provide list of represented plaintiffs they sent claim forms to counsel for plaintiffs.
Consent Order to be submitted.
Ordered plaintiffs to prepare curative communication for the Court's review.

Adjourned To:        Time Commenced 11:15am  Time Adjourned 1:20pm

s/Sara E. Asbell
**DEPUTY CLERK**