WORKMAN et al v. MENU FOODS LIMITED et al — Doc. 16
Case 1:07-cv-01338-NLH-AMD   Document 16   Filed 05/18/2007   Page 1 of 2
Case 1:07-cv-01338-NLH-AMD   Document 11-4   Filed 05/08/2007   Page 1 of 2

Gerard H. Hanson, Esquire
Hill Wallack LLP
Attorneys at Law
CN 5226
202 Carnegie Center
Princeton, NJ 08543-5226
(609) 924-0808
Attorneys for Defendants
Menu Foods, Inc., Menu Foods Limited,
and Menu Foods Midwest Corporation

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| JARED WORKMAN, and MARK AND MONA COHEN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS LIMITED, MENU FOODS INC., and MENU FOODS MIDWEST CORPORATION,<br><br>Defendants | Civil Action No.: 07-cv-01338 (NLH)<br><br>PRO HAC VICE ORDER |

THIS MATTER being opened to the court by Gerard H. Hanson, Esq. on behalf of Hill Wallack, as attorneys for the moving party defendants; and the interests of the plaintiff being represented by Donna Siegel Moffa, Esquire on behalf of Trujillo Rodriguez & Richards; and the court having considered the application submitted to the court, and for good cause being shown:

IT IS on this 18th day of ~~June~~ May 2007 hereby Ordered that Michael P. Turiello is admitted to practice pro hac vice before this court for all purposes and in all proceedings connected with this litigation; and

IT IS FURTHER ORDERED that Michael P. Turiello shall satisfy the requirements of the New Jersey Fund for Client Protection as provided in New Jersey Court Rule 1:28-2(a); as well as also making payment to the Clerk of the Court in the amount of $150 per Local Rule 101.1(c)(3).

IT IS FURTHER ORDERED that a copy of this Order shall be forwarded to the Treasurer of the New Jersey Fund for Client Protection; and

IT IS FURTHER ORDERED that all pleadings, briefs and other papers filed with this court shall be signed by an attorney at law of this court employed by the Law Firm of Hill Wallack, who shall be responsible for them for the conduct of the cause and of Michael P. Turiello.

_Noel L. Hillman_
Noel L. Hillman, Judge
United States District Court