```
                                                                    1
 ORIGINAL                                                  RECEIVED
                                                          T. WALSH, CLERK
 1              UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY  MAY 21  P 1:24
 2
                                                    UNITED STATES
 3                                                  DISTRICT COURT
     JARED WORKMAN AND MARKAND
 4   MONA COHEN, ON BEHALF OF
     THEMSELVES AND ALL OTHERS       CIVIL ACTION NUMBER:
 5   SIMILARLY SITUATED,
                                         07-1338 (NLH)
 6        PLAINTIFFS,

 7        -vs-

 8   MENU FOODS LIMITED, MENU
     FOODS, INC., AND MENU
 9   FOODS MIDWEST CORPORATION,

10        DEFENDANTS.

11   ─────────────────────────────────

12              MOTION TO SHOW CAUSE

13              DATE: MAY 18, 2007

14
     MITCHELL H. COHEN UNITED STATES COURTHOUSE
15   ONE JOHN F. GERRY PLAZA,
     CAMDEN, NEW JERSEY, 08608
16

17   B E F O R E:

18   THE HONORABLE NOEL L. HILLMAN, UNITED STATES
     DISTRICT JUDGE, DISTRICT OF NEW JERSEY, SITTING
19   AT CAMDEN, NEW JERSEY.

20

21

22

23   (APPEARANCES ON PAGE 2)

24

25
```