

TRUJILLO
RODRIGUEZ &
RICHARDS, LLC
A Pennsylvania Limited Liability Company
ATTORNEYS AT LAW

8 Kings Highway West
Haddonfield, NJ 08033
856-795-9002
856-795-9887 Fax

Lisa J. Rodriguez
New Jersey Responsible Attorney

1717 Arch Street
Suite 3838
Philadelphia, PA 19103
215-731-9004
215-731-9044 Fax

May 21, 2007

**BY ELECTRONIC FILING AND HAND DELIVERY**

The Honorable Noel L. Hillman
United States District Court
District of New Jersey
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza, Room 6020
Camden, NJ 08101

Re:    *Workman, et al. v. Menu Foods, et al.*
        Civil Action No. 07-cv-1338

Dear Judge Hillman:

In furtherance of Your Honor's request at the May 18, 2007 hearing on Plaintiffs' Emergency Motion for an Order to Show Cause Why Defendants' Communications Should Not Be Limited or Supervised ("Motion"), we have attached hereto as Exhibit A a proposed letter to be sent by Defendants on behalf of Plaintiffs to pet owners with whom Menu Foods has previously communicated.

Before addressing the substance of Plaintiffs' proposed curative letter, however, we would like to further explain our request that Defendants provide us with all information they have thus far received from potential class members who responded to Defendants' initial Claim Form that prompted Plaintiffs' Motion in the first instance. During argument, Defendants' counsel was unable to confirm that this information will in no way be used for litigation purposes (including the May 31, 2007 MDL hearing), and instead assured the Court only that it is information they would likely have to produce in the regular course of discovery. This assurance, however, only illustrates the problem. Defendants can benefit from the information they received as a result of the improper

Dockets.Justia.com

The Honorable Noel L. Hillman
May 21, 2007, Page 2

communication to putative class members immediately, while Plaintiffs cannot. At a minimum, Plaintiffs should be made aware of exactly what information Defendants have actually received in response to the original Claim Form.

With regard to the curative letter, we set forth below an explanation as to why each statement in Plaintiffs' proposed letter is necessary to correct misleading omissions or statements in Defendants' communication. We believe this letter should be sent as soon as possible to the approximately 19,000 pet owners to whom Defendants sent a letter with revised Claim Form attached last week. We believe it should also be posted on Defendants' two websites where their communication is currently posted:
http://www.menufoods.com/recall/United%20States%20Residents.pdf   and
http://www.claimsalert.ca/menufoods/.

After three introductory paragraphs, Plaintiffs state the following in their letter to pet owners:

1.      **"The numerous class action lawsuits that have been filed throughout the United States by pet owners against Menu Foods and other potentially responsible parties are likely to be coordinated or consolidated into a single action before a single judge within the next two months by the Judicial Panel on Multidistrict Litigation. All these cases that will likely be coordinated or consolidated are part of what is referred to as *In re Pet Food Products Liability Litigation*, MDL No. 1850. A list of attorneys representing pet owners in MDL No. 1850, including their contact information, is attached to this letter."**

This paragraph corrects a material omission in Defendants' communication. It informs pet owners of the MDL process – to which Menu Foods consented - and that, as a result, there will likely be one class action remaining after consolidation. This information is critical to pet owners' decision of whether or not to forego settling directly with Defendants and continue as part of the class. Being a member of the class in a single consolidated class action is easier to understand, is less confusing and is far less intimidating to pet owners than being a member of a class where there are over 80 class actions now pending. Providing this information eliminates questions such as: "With so many class actions pending, which class will I be a member of?," or "If I do nothing, will I be assigned to one of the many class actions currently pending and how is such an assignment made?"

2.      **"As a pet owner whose pet may have been harmed by a recalled Menu Foods product, you are automatically a member of the class of plaintiffs who have brought actions against Menu Foods, and you do not need to do anything else to pursue your rights as a class member at this time. If you do not choose to settle directly with Menu Foods, you are automatically eligible to receive a portion of any recoveries received by the class if a class is certified."**

While the Defendants' communication certainly advises recipients to contact an attorney if they have questions and supplies a partial list of class counsel to contact, it leaves the impression

The Honorable Noel L. Hillman
May 21, 2007, Page 3

that recipients only have two options – to settle directly with Menu Foods or affirmatively contact an attorney. This is misleading. There exists a third option that Defendants have omitted – that recipients need not do anything because they are automatically members of the class if their pets were harmed by Menu Foods products and will be automatically eligible for any recoveries awarded to the class, which may, in fact, be greater than any recoveries potentially offered directly by Menu Foods. *See In re General Motors Corp. Engine Interchange Litig.*, 594 F.2d 1106, 1139 (7th Cir. 1979) ("The danger that the offer to settle individual claims would create is the possible misleading of class members about the strength and extent of their claims and the alternatives for obtaining satisfaction of those claims. Thus, an offer to settle should contain sufficient information to enable a class member to determine (1) whether to accept the offer to settle, (2) the effects of settling, and (3) **the available avenues for pursuing his claim if he does not settle**)" (emphasis added).

3.    **"If you choose to pursue a settlement directly with Menu Foods by filling out and submitting the Claim Form sent to you separately by Menu Foods, please know that returning the Claim Form to Menu Foods will not preclude you from pursuing other available avenues for recovery at a later date, including being a part of the class action, in the event that you are not satisfied with Menu Foods' settlement offer. In addition, once you receive a settlement offer from Menu Foods, you are not bound to accept it and are free to contact an attorney for advice at that time. However, please note that if you do accept a settlement offer from Menu Foods you will not be able to participate in the class action."**

Defendants' communication is also misleading by implying that once the Claim Form is filled out and returned, pet owners are locked in to settling directly with Defendants, no matter what the settlement offer is. To correct this, Plaintiffs propose the first sentence in the paragraph above. In addition, the second sentence in the paragraph above makes it clear that after receiving a settlement offer, pet owners are free to reject it and are free to consult with an attorney about the settlement offer or any other matter related to their claims. This language comports with the requirements of the *Keystone* decision with which defense counsel stated at the hearing Defendants attempted to comply. *See Keystone Tobacco Co., Inc. v. U.S. Tobacco Co.*, 238 F. Supp. 2d 151, 157 (D. D.C. 2002) (where defendant made a settlement offer to putative class members, the court held defendant "took steps to avoid providing inaccurate or misleading information" where defendant, *inter alia*, "advised customers to consult with their own lawyers before deciding to settle the case or sign the releases.")

4.    **"If you are at all unclear of any of your legal rights or options at this time, please do not hesitate to contact any of the attorneys on the attached list, or another attorney of your choice."**

This language further reinforces the ability of recipients to consult with counsel and refers them to a complete list of counsel, adding the names of counsel that were omitted from the list included in Defendants' communications.

The Honorable Noel L. Hillman
May 21, 2007, Page 4

**5.    "If you are currently represented by counsel in this matter and have received a communication directly from Menu Foods, please disregard that communication completely and inform your attorney immediately."**

This language seeks to protect putative class members currently represented by counsel from future inadvertent communications from Defendants that violate the prohibition against communicating with represented parties and to allow Plaintiffs' counsel to keep the Court informed of such matters. We can represent to Your Honor that this has, in fact, occurred on several occasions. Filed herewith is the Declaration of Mark J. Tamblyn, an attorney whose firm represents numerous plaintiffs in this litigation. In his Declaration, Mr. Tamblyn confirms that one of his clients, Ms. Shirley Sexton, named representative in *Sexton v. Menu Foods, et al.*, No. 07-CV-01958 GHK (C.D.Cal.) (Hon. George King), received a Claim Form *on the day of argument* of Plaintiffs' Motion. To assist Defendants in their effort to extract represented parties from their pet owner contact list, attached hereto as Exhibit B is a list of all named representative plaintiffs in the class actions filed around the country naming Menu Foods as a defendant.

Finally, with Your Honor's permission, we would also like to present to Defendants a list of all affected pet owners who are currently represented by counsel and, while not acting as representative plaintiffs, should also be removed from Defendants' contact database. These pet owners have either signed attorney retainer agreements or have contacted counsel and have been sent retainer agreements to sign. These pet owners are among the 19,000 with whom Defendants improperly communicated last week. This list, however, will take more time to compile.

Respectfully yours,

/s Lisa J. Rodriguez

Lisa J. Rodriguez

Sherrie R. Savett
Russell D. Paul
**Berger & Montague, P.C.**
1622 Locust Street
Philadelphia, PA 19103

# EXHIBIT A

May __, 2007

Dear Concerned Pet Owner:

By this time you may have received communications from Menu Foods regarding settling any claims you may have against it as a result of injury to, or death of, your pet, along with expenses that you might have incurred due to the Menu Foods recall.

Along with other attorneys, we represent pet owners throughout the country who have purchased a Menu Foods product that is subject of the recall. We have been authorized by Judge Noel L. Hillman of the United State District Court for the District of New Jersey to send you this letter.

The purpose of this letter is to add some additional information to the prior communications you have received directly from Menu Foods to ensure that you are fully informed of all of your legal rights.

The class action lawsuits that have been filed throughout the United States by pet owners against Menu Foods and other potentially responsible parties are likely to be coordinated or consolidated into a single action before a single judge within the next two months by the Judicial Panel on Multidistrict Litigation. All these cases that will likely be coordinated or consolidated are part of what is referred to as *In re Pet Food Products Liability Litigation*, MDL No. 1850. A list of attorneys representing pet owners in MDL No. 1850, including their contact information, is attached to this letter.

**As a pet owner whose pet may have been harmed by a recalled Menu Foods product, you are automatically a member of the class of plaintiffs who have brought actions against Menu Foods, and you do not need to do anything else to pursue your rights as a class member at this time. If you do not choose to settle directly with Menu Foods, you are automatically eligible to receive a portion of any recoveries received by the class if a class is certified.**

If you choose to pursue a settlement directly with Menu Foods by filling out and submitting the Claim Form sent to you separately by Menu Foods, please know that **returning the Claim Form to Menu Foods will not preclude you from pursuing other available avenues for recovery at a later date, including being a part of the class action, in the event that you are not satisfied with Menu Foods' settlement offer. In addition, once you receive a settlement offer from Menu Foods, you are not bound to accept it and are free to contact an attorney for advice at that time. However, please note that if you do accept a settlement offer from Menu Foods you will not be able to participate in the class action.**

If you are at all unclear of any of your legal rights or options at this time, please do not hesitate to contact any of the attorneys on the attached list, or another attorney of your choice.

If you are currently represented by counsel in this matter and have received a communication directly from Menu Foods, please disregard that communication completely and inform your attorney immediately.

Sincerely,

Kenneth A. Wexler
Mark J. Tamblyn
**WEXLER TORISEVA WALLACE LLP**
1610 Arden Way, Suite 290
Sacramento, California 95815

Sherrie R. Savett
Russell D. Paul
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103

Stuart A. Davidson
**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
120 East Palmetto Park Road, Suite 500
Boca Raton, Florida 33432

Steve W. Berman
Jeniphr Breckenridge
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

# EXHIBIT B

## LIST OF ATTORNEYS REPRESENTING
## PLAINTIFFS IN CASES AGAINST MENU FOODS (BY STATE)

### ALABAMA

Attorney for McCullough
Charles A. McCallum
R. Brent Irby
**MCCALLUM HOAGLUND COOK & IRBY, LLP**
2062 Columbiana Road
Vestavia Hills, AL 35216
Telephone: (205) 824-7767
Facsimile: (205) 824-7768

### ARIZONA

Attorney for Richard
Wendy J. Harrison
Guy A. Hanson
Dana L. Hooper
**BONNETT FAIRBOURN FRIEDMAN**
**& BALINT PC**
2901 North Central Ave., Ste 1000
Phoenix, AZ 85012-3311
Telephone: (602) 274-1100
Facsimile: (602) 274-1199

### ARKANSAS

Attorney Cooper and Sims
Jason M. Hatfield
**LUNDY & DAVIS LLP**
300 N. College Avenue, Suite 309
Fayetteville, AR 72701
Telephone: (479) 527-3921
Facsimile: (479) 587-9196

Attorney for Gray
Bill G. Horton
**NOLAN CADDELL & REYNOLDS**
P.O. Box 184
Fort Smith, AR 72902
Telephone: (479) 782-5294
Facsimile: (479) 7823-5184

1

Attorney for Scott
Jeremy Y. Hutchinson
Jack Thomas Patterson III
**PATTON ROBERTS MCWILLIAMS**
**& CAPSHAW LLP**
Stephens Building
111 Center Street, Suite 1315
Little Rock, AR 72201
Telephone: (501) 372-3480
Facsimile: (501) 372-3488

Attorneys for Stacy
Scott E. Poynter
Christopher D. Jennings
**EMERSON POYNTER LLP**
The Museum Center
500 President Clinton Avenue, Suite 305
Little Rock, AR 72201
Telephone: 501-907-2555
Facsimile: 501-907-2556

## CALIFORNIA

Attorney for Sexton
Stuart C. Talley
**KERSHAW, CUTTER & RATINOFF LLP**
980 9th Street, 19th Floor
Sacramento, CA 95814
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

Attorney for Sexton
Mark J. Tamblyn
**WEXLER TORISEVA WALLACE LLP**
1610 Arden Way, Suite 290
Sacramento, CA 95815
Telephone: (916) 568-1100
Facsimile: (916) 568-7890

Attorney for Berndl, Bonier
William M. Audet
Michael McShane
**AUDET & PARTNERS LLP**
221 Main Street, Suite 1460
San Francisco, CA 34105
Telephone: (415) 568-2555
Facsimile: (415) 568-2556

2

Attorney for Payne
Eric Benink
**KRAUSE KALFAYAN BENINK AND SLAVENS**
625 Broadway, Suite 635
San Diego, CA 92101
Telephone: (619) 232-0331
Facsimile: (619) 232-4019

Attorney for Byers
Elizabeth J. Cabraser
Heather A. Foster
**LIEFF CABRASER HEIMANN & BERNSTEIN LLP**
Embarcadero Center West
275 Battery Street, Suite 3000
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Attorney for Swarberg
Jeffrey B. Cereghino
**BERDING AND WEIL**
3240 Stone Valley Road West
Alamo, CA 94507
Telephone: (925) 838-2090
Facsimile: (925) 820-5592

Attorney for Finestone
Thomas M. Ferlauto
William T. King
**KING & FERLAUTO**
1880 Century Park East, Suite 820
Los Angeles, CA 90067-1627
Telephone: (310) 552-3366

Attorney for Grady
Gregory D. Helmer
Andrew H. Friedman
**HELMER FRIEDMAN**
723 Ocean Front Walk
Venice, CA 90291
Telephone: (310) 369-7714
Facsimile: (310) 399-7040

<u>Attorney for Grady</u>
Paul L. Hoffman
Michael D. Seplow
**SCHONBRUN DESIMONE SEPLOW HARRIS & HOFFMAN**
723 Ocean Front Walk
Venice, CA 90291
Telephone:  (310) 396-0731
Facsimile:  (310) 399-7040

<u>Attorney for Paul Randolph Johnson</u>
Michael L. Kelly
Robert M. Churella
**KIRTLAND & PACKARD LLP**
2361 Rosecrans Avenue, 4th Floor
El Segundo, CA 90245
Telephone:  (310) 536-1000
Facsimile:  (310) 536-1001

<u>Attorney for Bullock, Carter, Pittsonberger</u>
Laurence D. King
**KAPLAN FOX & KILSHEIMER LLP**
555 Montgomery Street, Suite 1501
San Francisco, CA 94111
Telephone:  (415) 772-4700
Facsimile:  (415) 772-4707

<u>Attorney for Ford, Wahl</u>
Katherine J. Odenbreit
**CLASS ACTION LITIGATION GROUP**
11111 Santa Monica Blvd.
Suite 1000
Los Angeles, CA 90025-3344
Telephone: (310) 481-9851
Facsimile: (310) 479-7051

<u>Attorney for Colquitt</u>
Brian J. Robbins
Steven J. Simerlein
**ROBBINS UMEDA & FINK, LLP**
610 West Ash Street, Suite1800
San Diego, CA 92101
Telephone:  (619) 525-3990
Facsimile:  (619) 525-3991

Attorney for Bullock, Carter, Pittsonberger
Todd M. Schneider
**SCHNEIDER & WALLACE**
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

Attorney for Golding, Howe, Nunez, Townsend
Jeff S. Westerman
Sabrina S. Kim
**MILBERG WEISS & BERSHAD LLP**
One California Plaza
300 South Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

## COLORADO

Attorney for Colquitt
Kip B. Shuman
Jeffrey A. Berens
**SHUMAN & BERENS**
801 East 17th Avenue
Denver, CO 80218
Telephone: (303) 861-3003
Facsimile: (303) 830-6920

Attorney for Tompkins
Jennifer Reba Thomaidis
**THOMAIDIS LAW, LLC**
1866 Vine Street
Denver, CO 80206
Telephone: (303) 322-4355
Facsimile: (303) 322-4354

# CONNECTICUT

<u>Attorney for Colquitt, Osborne</u>
Bruce E. Newman
Kevin Creed
**NEWMAN CREED & ASSOCIATES**
99 North Street, Route 6
P. O. Box 575
Bristol, CT 06011-0575
Telephone: (860) 583-5200
Facsimile: (860) 582-0012

# FLORIDA

<u>Attorney for Birney</u>
Luis Guillermo Figueroa
**ATTORNEYS TRIAL GROUP**
540 N. Semoran Boulevard
Orlando, FL 32807
Telephone: (407) 737-4123
Facsimile: (407) 737-3366

<u>Attorney for Troiano</u>
Paul J. Geller
Stuart A. Davidson
**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
120 E. Palmetto Park Road, Ste. 500
Boca Raton, FL 33432-4809
Telephone: (561) 750-3000
Facsimile: (561) 750-3364

<u>Attorney for Troiano</u>
Lawrence Kopelman
**KOPELMAN & BLANKMAN**
350 E. Las Olas Blvd., Suite 980
Ft. Lauderdale, FL 33301
Telephone: (954) 462-6855
Facsimile: (954) 462-6899

<u>Attorney for Freeman</u>
Eric Lee
**LEE & AMTZIS, P.L.**
5550 Glades Road, Suite 401
Boca Raton, FL 33428
Telephone: (561) 981-9988
Facsimile: (561) 981-9980

Attorney for Blaszkowski
Catherine J. MacIvor
**MALTZMAN FOREMAN P.A.**
2 S. Biscayne Boulevard,
Suite 2300
One Biscayne Tower
Miami, FL 33131-1803
Telephone: (305) 358-6555
Facsimile: (305) 374-9077

Attorney for Donnelly, Johnson
Scott R. Shepherd
**SHEPHERD FINKELMAN MILLER & SHAH, LLC**
4400 North Federal Highway
Lighthouse Point, FL 33064
Telephone: (954) 943-9191
Facsimile: (954) 943-9173

Attorney for Ferrarese
Scott Wm. Weinstein
**MORGAN & MORGAN, PA**
12800 University Drive, Suite 600
P.O. Box 9504
Fort Myers, FL 33906
Telephone: (239) 433-6880
Facsimile: (239) 433-6836

 Attorney for Diedrich
Marc A. Wites
**WITES & KAPETAN, P.A.**
4400 North Federal Highway
Lighthouse Point, FL 33064
Telephone: (954) 570-8989
Facsimile: (954) 354-0205

## IDAHO

Attorney for Suzanne Johnson, Klimes
Phillip H. Gordon
Bruce S. Bistline
**GORDON LAW OFFICES**
623 West Hays Street
Boise, ID 83702
Telephone: (208) 345-7100
Facsimile: (208) 345-0050

Attorney for Klimes
Mick Hodges
**HODGES LAW OFFICE**
163 2nd Avenue, West
Twin Falls, IDD 83303
Telephone:  (208) 734-2011
Facsimile:  (208) 734-2511

## ILLINOIS

Attorney for Foxe
John Harry Alexander
**JOHN H. ALEXANDER & ASSOCIATES**
100 West Monroe Street, Suite 2100
Chicago, IL 60603
Telephone:  (312) 263-7752

Attorney for Amro
Kenneth A. Wexler
Andrae P. Reneau
**WEXLER TORISEVA WALLACE LLP**
One North LaSalle Street, Suite 200
Chicago, IL 60602
Telephone:  (312) 346-2222
Facsimile:  (312) 346-0022

Attorney for Majerczyk
John Blim
Jay Edelson
**BLIM & EDELSON LLC**
53 West Jackson Blvd., Suite 1642
Chicago, IL 60604
Telephone:  (312) 913-9400
Facsimile:  (312) 913-9401

Attorney for Connerton, Johnson, Rozman, and Tompkins
Ilan Chorowsky
**PROGRESSIVE LAW GROUP, LLC**
1130 North Dearborn St., Ste 3110
Chicago, IL 60610
Telephone:  (312) 643-5893
Facsimile:  (312) 643-5894

Attorney for Johnson
Larry D. Drury
**LARRY D. DRURY LTD**
205 W. Randolph Street, Suite 1430
Chicago, IL 60602
Telephone: (312) 346-7950
Facsimile: (312) 346-5777

Attorney for Pittsonberger
Joseph M. Vanek
**VANEK VICKERS & MASINI, P.C.**
111 S. Wacker Drive, Suite 4050
Chicago, IL 60606
Telephone: (312) 224-1500
Facsimile: (312) 224-1510

Attorney for Bruski
Peter C. Wachowski
**BELLAS & WACHOWSKI**
15 North Northwest Highway
Park Ridge, IL 60068
Telephone: (847) 823-9030


## MAINE


Attorney for Brazilian
Daniel J. Mitchell
Leonard M. Gulino
**BERNSTEIN SHUR**
100 Middle Street
P. O. Box 9729
Portland, ME 04104-5029
Telephone: (207) 774-1200
Facsimile: (207) 774-1127


## MASSACHUSETTS


Attorney for Rodrigues
Brian R. Cunha
**BRIAN CUNHA & ASSOCIATES**
311 Pine Street
Fall River, MA 02720
Telephone: (508) 675-9500
Facsimile: (508) 679-6560

Attorney for Connerton
Eugene R. Richard
**WAYNE RICHARD & HURWITZ, LLP**
One Boston Place, Suite 3620
Boston, MA 02108
Telephone:  (617) 720-7870
Facsimile:  (617) 720-7877

## MINNESOTA

Attorney for Donnelly, Kroschell
Daniel E. Gustafson
Renae Steiner
**GUSTAFSON GLUEK**
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Telephone:  (612) 333-8844
Facsimile:  (6112) 339-6622

Attorney for Christina Johnson
Lawrence E. Feldman
**LAWRENCE E. FELDMAN & ASSOCIATES**
432 Tulpechocken Avenue
Elkins Park, PA 19027
Telephone:  (215) 885-3302
Facsimile:  (215) 885-3303

Attorney for Rozman
Mark Reinhardt
Garrett D. Blanchfield, Jr.
**REINHARDT WENDORF & BLANCHFIELD**
332 Minnesota Street, Suite E-1250
St. Paul, MN 55101
Telephone:  (651) 287-2100
Facsimile:  (651) 287-2103

## NEVADA

Attorney for Streczyn
William M. O'Mara
David C. O'Mara
Brian O. O'Mara
**THE O'MARA LAW FIRM P.C.**
311 East Liberty Street
Reno, NV 89501

Telephone: (775) 323-1321
Facsimile: (775) 323-4058

## NEW JERSEY

Attorney for Colquitt, deBarathy, Diedrich, Freeman, Hidalgo, Gagliardi, Golding, McCullough, Nunez, Richard, Solkolwski, Turturro, and Wilson
Joseph J. DePalma
Bruce D. Greenberg
LITE DEPALMA GREENBERG & RIVAS LLC
Two Gateway Center, 12th Floor
Newark, NJ 07102-5003
Telephone: (973) 623-3000
Facsimile: (973)623-0858

Attorney for Berndl, Bonier
Michael A. Ferrara, Jr.
THE FERRARA LAW FIRM LLC
601 Longwood Avenue
Cherry Hill, NJ 08002
Telephone: (856) 779-9500
Facsimile: (856) 661-0369

Attorney for Pittsonberger
Gary S. Graifman
KANTROWITZ GOLDHAMER & GRAIFMAN
210 Summit Avenue
Montvale, NJ 07645
Telephone: (201) 391-7000
Facsimile: (201) 307-1086

Attorney for Byers
Seth R. Lesser
LOCKS LAW FIRM
457 Haddonfield Road, Suite 500
Cherry Hill, NJ 08002
Telephone: (856) 663-8200
Facsimile: (856) 661-8400
-and-
110 East 55th Street
New York, NY 10022
Telephone: (212) 838-3333
Facsimile: (212) 838-3735

Attorney for McGuirman
Alan C. Milstein
**SHERMAN SILVERSTEIN KOHL ROSE & PODOLSKY, PC**
Fairway Corporate Center
4300 Haddonfield Road, Suite 311
Pennsauken, NJ 08109
Telephone:  (856) 662-0700

Attorney for Bullock, Carter, Pirches
William J. Pinilis
**KAPLAN FOX & KILSHEIMER LLP**
237 South Street
Morristown, NJ 07962
Telephone:  (973) 656-0222
Facsimile:  (973) 401-1114

Attorney for Conner
Christopher A. Seeger
**SEEGER WEISS, LLP**
550 Broad Street, Suite 920
Newark, NJ 07102
Telephone:  (973) 639-9100
Facsimile:  (973) 639-9393

Attorney for Johnson
James C. Shah
Nathan C. Zipperian
**SHEPHERD FINKELMAN MILLER & SHAH LLC**
475 White Horse Pike
Collingswood, NJ 08107-1909
Telephone:  (856) 858-1700
Facsimile:  (856) 858-7012

Attorney for Carestio, Conti, Long, Schneider, Workman
Donna Siegel Moffa
Lisa J. Rodriguez
**TRUJILLO RODRIGUEZ & RICHARDS LLC**
8 Kings Highway West
Haddonfield, NJ 08033
Telephone:  (856) 795-9002
Facsimile:  (856) 795-9887

Attorney for Guercioni
Keith T. Smith
Ridgewood Plaza
2327 New Road, Suite 202

Northfield, NJ 08234
Telephone: (609) 645-7060

Attorney for Suzannet Thomson, et al.
Gregg D. Trautmann
**TRAUTMANN & ASSOCIATES**
262 East Main Street
Rockaway, NJ 07866
Telephone: (973) 316-8100
Facsimile: (973) 983-1119

## NEW MEXICO

Attorney for Krosschell
Joseph Goldberg
**FREEDMAN BOYD DANIELS HOLLANDER & GOLDBERG, P.A.**
20 First Plaza, Suite 700
Alburquerque, NM 87102
Telephone: (505) 842-9960
Facsimile: (505) 842-0761

## NEW YORK

Attorney for Tinker
Arthur N. Abbey
Stephen T. Rodd
Orin Kurtz
**ABBEY SPANIER RODD ABRAMS
& PARADIS LLP**
212 East 39th Street
New York, NY 10016
Telephone: (212) 889-0066
Facsimile: (212) 684-5191

Attorney for Bullock, Carter, Pirches, Pittsonberger
Robert Kaplan
Linda P. Nussbaum
Christine M. Fox
**KAPLAN FOX & KILSHEIMER LLP**
805 Third Avenue, 22nd Floor
New York NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

Attorney for Cashman
Gregory Mark Nespole
Martin E. Restituyo
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ**
270 Madison Avenue
New York, NY 10016
(212)-545-4702
Fax: (212)-686-0114

Attorney for Tinker
Alan E. Sash
**MCLAUGHLIN & STERN LLP**
260 Madison Avenue
New York, NY 10016
Telephone:  (212) 448-1100
Facsimile:  (212) 448-0066

## OHIO

Attorney for Boehm
Jeremy Gilman
Nicole Dorsky
**BENESCH FRIEDLANDER COPLAN & ARONOFF**
2300 BP Tower
200 Public Square
Cleveland, OH 44114
Telephone:  (216) 363-4565
Facsimile:  (216) 363-4588

Attorney for Boehm
Dennis E. Murray, Sr.
John T. Murray
Leslie O. Murray
**MURRAY & MURRAY**
111 East Shoreline Drive
P.O. Box 19
Sandusky, OH 44871-0019
Telephone:  (419) 624-3000
Facsimile:  (419) 624-0707

## OREGON

Attorney for Brown
Andrew S. Kierstead
**LAW OFFICES OF ANDREW S. KIERSTEAD**

1001 SW Fifth Avenue, Suite 1100
Portland, OR 97204
Telephone:  (508) 224-6246
Facsimile:  (508) 224-4356

## PENNSYLVANIA

Attorney for Donnelly, Johnson
Natalie Finkelman Bennett
**SHEPHERD FINKELMAN MILLER & SHAH, LLC**
35 E. State Street
Media, PA 19063
Telephone:  (610) 891-9880
Facsimile:  (610) 891-9883

Attorney for Carestio, Conti, Schneider, Workman
Sherrie R. Savett
Michael T. Fantini
Russell D. Paul
**BERGER & MONTAGUE PC**
1622 Locust Street
Philadelphia, PA 19103
Telephone:  (215) 875-3000
Facsimile:  (215) 875-4604

Attorney for Conti
Michael J. Boni
**BONI & ZACK, LLC**
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Telephone:  (610) 822-0201
Facsimile:  (610) 822-0206

Attorney for Pirches
Kimberly M. Donaldson
**CHIMICLES & TIKELLIS, LLP**
361 West Lancaster Avenue
Haverford, PA 19041
Telephone:  (610) 642-8500
Facsimile:  (610) 649-3633

Attorney for Conti
Michael Donovan
**DONOVAN SEARLES, LLC**
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103

Telephone:  (215) 732-6067
Facsimile:  (215) 732-8060

Attorney for Donnelly
Lawrence E. Feldman
**LAWRENCE E. FELDMAN & ASSOCIATES**
432 Tulpechocken Avenue
Elkins Park, PA 19027
Telephone:  (215) 885-3302
Facsimile:  (215) 885-3303

Attorney for Pirches
Reginald A. Krasney
717 Constitution Drive, Suite 100
Exton, PA 19341
Telephone:  (610) 458-3320
Facsimile:  (610) 458-3225

Attorney for Schneider
Roberta D. Liebenberg
**FINE KAPLAN & BLACK, R.P.C.**
1835 Market Street - 28th Floor
Philadelphia, PA  19103
Telephone: (215) 567-6565
Facsimile: (215) 568-5872

Attorney for Long
Joseph H. Meltzer
Edward W. Ciolko
**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
280 King of Prussia Road
Radnor, PA 19807
Telephone:  (610) 667-7706
Facsimile:  (610) 667-7056

Attorney for Krosschell
Dianne M. Nast
**RODANAST, P.C.**
801 Estelle Drive
Lancaster, PA 17601
Telephone:  (717) 892-3000
Fascimile:  (717) 892-1200

Attorney for Workman
Robert A. Rovner
Jeffrey I. Zimmerman

ROVNER ALLEN ROVNER ZIMMERMAN
& NASH
175 Bustleton Pike
Feasterville, PA 19053-6456
Telephone: (215) 698-1800
Facsimile: (215) 355-0940


## RHODE ISLAND

Attorney for Brown
Peter N. Wasylyk
LAW OFFICES OF PETER N. WASYLYK
1307 Chalkstone Avenue
Providence, RI 02908
Telephone: (401) 831-7730
Facsimile: (401) 861-6064


## TENNESSEE

Attorney for Holt and Bowser
A. James Andrews
905 Locust Street
Knoxville, TN 37902
Telephone: (865) 660-3993
Facsimile: (865) 523-4623

Attorney for Holt and Bowser
Nicole Bass
905 Locust Street
Knoxville, TN 37902
Telephone: (865) 310-6804

Attorney for Holt and Bowser
Perry A. Craft
CRAFT & SHEPPARD PLC
The Shiloh Building
214 Centerview Drive, Suite 223
Brentwood, TN 37027
Telephone: (615) 309-1707
Facsimile: (615) 309-1717

Attorney for Light
Dan C. Stanley
Robert R. Kurtz

STANLEY & KURTZ, PLLC
422 S. Gay Street, Third Floor
Knoxville, TN 37902
Telephone: 865-522-9942
Facsimile: 865-522-9945

## TEXAS

Attorney for Scott
Richard Adams
James C. Wyly
Sean F. Rommel
PATTON ROBERTS MCWILLIAMS
& CAPSHAW LLP
Century Bank Plaza, Suite 400
P. O. Box 6128
Texarkana, TX 75505-6128
Telephone: (903) 334-7000
Facsimile: (903) 334-7007

Attorney for Brown
Marc Stanley
STANLEY MANDEL & IOLA LLP
3100 Monticello Avenue, Suite 750
Dallas, TX 75205
Telephone: (214) 443-4300
Facsimile: (214) 443-0358

## WASHINGTON

Attorney for Adams, Dineen, Guthrie, Heller, Suzanne Johnson, Klimes, Kornelius, Labbate, Migliore, Moran, Mullen, Palmer, Percy, Puett, Reeves, Robinson, Rusiecki, Shingle, Thomas, Ullman, Weitz, Whaley, and Whitt
Steve W. Berman
Jeniphr Breckenridge
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Attorney for Suggett
Adam P. Karp
ANIMAL LAW OFFICES
114 W. Magnolia Street, Suite 425
Bellingham, WA 98225
Telephone: (888) 430-0001

Facsimile: (866) 652-3832

Attorney for Adams, Dineen, Guthrie, Heller, Kornelius, Labbate, Migliore, Moran, Mullen, Palmer, Percy, Puett, Reeves, Robinson, Rusiecki, Shingle, Thomas, Ullman, Weitz, Whaley, and Whitt
Michael David Myers
MYERS & COMPANY PLLC
1809 Seventh Avenue, Suite 700
Seattle, WA 98101
Telephone: (206) 398-1188
Facsimile: (206) 400-1112

## WASHINGTON, D.C.

Attorney for Bullock, Carter
Gary E. Mason
Donna F. Solen
THE MASON LAW FIRM
1225 19th Street, NW, Suite 500
Washington, D.C. 20036
Telephone: (202) 429- 2290
Facsimile: (202) 429-2294

Attorney for deBarathy
Mila F. Bartos
FINKELSTEIN THOMPSON LLP
1050 30TH Street, N.W.
Washington, D.C. 20007
Telephone: (202) 337-8000
Fax: (202) 337-8090

Attorney for Pittsonberger
Jeffrey A. Wigodsky
KARP FROSH LAPIDUS WIGODSKY & NORWIND, P.A.
1133 Connecticut Avenue, N.W., Suite 250
Washington, D.C. 20036
Telephone: (202) 822-3777
Facsimile: (202) 822-9722

## WISCONSIN

Attorney for Johnson, Rozman, and Tompkins
Frank Jablonski
Noah Golden-Kramer
PROGRESSIVE LAW GROUP, LLC
354 Main Street

Madison, WI 53703
Telephone:  (608) 258-8511
Facsimile:  (608) 442-9494