**TRUJILLO RODRIGUEZ & RICHARDS, LLC**
Lisa J. Rodriguez
8 Kings Highway West
Haddonfield, NJ 08033
(856) 795-9002

Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| Jared Workman, and Mark and Mona Cohen, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> Menu Foods Limited, Menu Foods Inc., and Menu Foods Midwest Corporation <br><br> Defendants. | Civil Action No.: 07-cv-1338 |

### CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a copy of Plaintiffs' Letter to The Honorable Noel L. Hillman and Declaration of Mark J. Tamblyn Regarding Menu Foods Defendants' Contacts With Represented Parties and Absent Class Members to be served via e-filing upon counsel listed below:

Gerald H. Hanson
Hill Wallack LLP
202 Carnegie Center
Princeton, NJ 08543-5226

Dated: May 21, 2007         By:   s/Lisa J. Rodriguez
                                        Lisa J. Rodriguez