UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Jared Workman, and Mark and Mona Cohen, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>       vs.<br><br>Menu Foods Limited, Menu Foods Inc., and Menu Foods Midwest Corporation<br><br>       Defendants. | Civil Action No.: 07-cv-1338 |

## AFFIDAVIT ATTESTING
## COMPLIANCE WITH RULE 1:28-2(a)

I, Lisa J. Rodriguez, attest that Attorney Russell D. Paul has complied with the obligations of an attorney admitted to practice in this Court in accordance with the New Jersey Court Rule 1:28-2(a), including making a payment to the New Jersey Lawyers' Fund for Client Protection.

I hereby certify that the following statement made by me is true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                                    /s Lisa J. Rodriguez
                                                                    Lisa J. Rodriguez

Subscribed and sworn to
Before me this 22nd
day of May, 2007

_____
Notary Public
   ANDREA D. BROWN
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 11/15/2009