UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Jared Workman, and Mark and Mona Cohen, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Menu Foods Limited, Menu Foods Inc., and Menu Foods Midwest Corporation<br><br>Defendants. | Civil Action No.: 07-cv-1338 |

### REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by local counsel for *pro hac vice* counsel Russell D. Paul to receive electronic notification in the within matter. It is represented that

1.  Order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and,

2.  The admission fee in the amount of $150, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court.

Dated: May 22, 2007

TRUJILLO RODRIGUEZ & RICHARDS, LLC

By: /s Lisa J. Rodriguez
Lisa J. Rodriguez

*PRO HAC VICE* ATTORNEY INFORMATION:
**BERGER & MONTAGUE, P.C.**
Russell D. Paul
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
Email: rpaul@bm.net