# THE FERRARA LAW FIRM

**LAWYERS HELPING PEOPLE SINCE 1972**

Michael A. Ferrara, Jr., Esquire+
Niki A. Trunk, Esquire

+Certified by The Supreme Court Of New Jersey as a Certified Civil Trial Attorney

+Board Certified in Civil Trial Law By The National Board of Trial Advocacy

All Attorneys Are Admitted to Practice in New Jersey and Pennsylvania.

601 Longwood Avenue
Route 38 & Longwood Avenue
Cherry Hill NJ 08002

Phone: 856.779.9500
Toll Free 877.NJLEGAL
Fax: 856.661.0369

Website: www.ferraralawfirm.com

mferrara@ferraralawfirm.com
ntrunk@ferraralawfirm.com

---

RECEIVED
MAY 22 2007
NOEL L. HILLMAN
U.S. DISTRICT JUDGE

May 22, 2007

**VIA HAND DELIVERY**

The Honorable Noel L. Hillman
United States District Court
District of New Jersey
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza, Room 6020
Camden, NJ 08101

Re:     **Workman, et al. v. Menu Foods, et al.**
        **Case No.:   07-cv-1338**

Dear Judge Hillman:

    My firm serves as local counsel with a number of firms that have filed class action cases throughout the United States, including this District. We wish to address to the Court our concerns with the current proposed "solicitation" letter submitted by a limited number of Plaintiffs' counsel.

    Without notifying my firm (and dozens of other firms with pending class cases in this and other Districts), a limited number of Plaintiffs' counsel unilaterally filed the current motion before your Honor. While we have no objection to certain aspects of the motion, from our viewpoint, the proposed letter submitted by a limited number of self-selected counsel (who have yet to obtain any court-approved leadership role) may create more problems than it solves.

    For example, a number of the firms listed as signatories to the letter apparently have been included in this self-appointed leadership structure for "political" reasons undisclosed to this Court. To allow a self-selected group of firms to be the 'only' plaintiffs' firms listed as signatories to such an important letter is totally inappropriate.

The Honorable Noel L. Hillman
May 22, 2007
Page 2

      As such, on behalf of my firm's clients (as well as the dozens of other firms intentionally excluded from this process), we object to the distribution of the proposed letter to class members without full and fair representation by all counsel with pending MDL cases.

Very respectfully,

Michael A. Ferrara, Jr.

cc:    William M. Audet, Esquire
        Scott A. Kamber, Esquire
        Lisa J. Rodriquez, Esquire
        Jason Holfield, Esquire
        Frank Jablonski, Esquire
        Jeremy Hutchinson, Esquire
        Thomas M. Ferlauto, Esquire
        John Blim, Esquire
        Larry Drury, Esquire
        Gerald H. Hanson, Esquire