UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

Office: Camden

Proceeding Date: 5/23/07

**JUDGE NOEL L. HILLMAN**

Court Reporter: Lisa Marcus

Title of Case:
WORKMAN, et al
　　v.
MENU FOODS, INC., et al

Docket # 07-1338(NLH)

Appearances:
Lisa J. Rodriguez, Esq. and Russell Paul, Esq., Kenneth Wexler, Esq., Joseph DePalma, Esq. (Nunez), Michael A. Ferrara, Jr., Esq. (Bonier), Scott Kamber, Esq., for plaintiffs.
Gerard H. Hanson, Esq. and Edward D. Ruff, III, Esq. for defendants.

Nature of Proceedings:
Continued hearing on plaintiffs' motion to for an Order to Show Cause for a Protective Order

Disposition:
Defendant to comply with the Court's instructions regarding turnover of certain list to plaintiffs.
Order to be entered.
Ordered affidavits of attorneys employed by defendants to be submitted.
Ordered to be entered enjoining defendants for a period of 10 days.
Ordered defendants to submit further documentation regarding phone calls to plaintiffs.
Ordered hearing continued to May 24, 2007 at 12:00PM.

Adjourned To:　　　Time Commenced 3:00pm  Time Adjourned 5:30pm

s/Sara E. Asbell
**DEPUTY CLERK**