UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

Office: Camden

Proceeding Date: 5/24/07

**JUDGE NOEL L. HILLMAN**

Court Reporter: Theodore Formaroli

Title of Case:                                              Docket # 07-1338(NLH)
WORKMAN, et al
     v.
MENU FOODS, INC., et al

Appearances:
Lisa J. Rodriguez, Esq. and Russell Paul, Esq., Kenneth Wexler, Esq., Joseph DePalma, Esq. (Nunez), Michael A. Ferrara, Jr., Esq. (Bonier), Scott Kamber, Esq., for plaintiffs.
Gerard H. Hanson, Esq. and Edward D. Ruff, III, Esq. for defendants.

Nature of Proceedings:
Continued hearing on plaintiffs' motion to for an Order to Show Cause for a Protective Order

Disposition:
Terms (outline) of agreement between parties placed on the record.
Consent Orders to be submitted.


Adjourned To:            Time Commenced 1:00pm   Time Adjourned 2:00pm

                                              *s/Sara E. Asbell*
                                              **DEPUTY CLERK**