

TRUJILLO
RODRIGUEZ &
RICHARDS, LLC
A PENNSYLVANIA LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW

8 Kings Highway West
Haddonfield, NJ 08033
856-795-9002
856-795-9887 Fax

Lisa J. Rodriguez
New Jersey Responsible Attorney

May 31, 2007

1717 Arch Street
Suite 3838
Philadelphia, PA 19103
215-731-9004
215-731-9044 Fax

## VIA FACSIMILE & ELECTRONIC COURT FILING

The Honorable Noel L. Hillman
United States District Court
District of New Jersey
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza, Room 6020
Camden, NJ 08101

    Re:   *Workman, et al. v. Menu Foods, et al.*
           Civil Action No. 07-cv-1338

Dear Judge Hillman:

    Enclosed is a Consent Order, executed by Gerard Hanson, on behalf of Defendants. I have signed on behalf of the Plaintiffs. This Consent Order reflects the agreement of the parties read into the record on Thursday afternoon, May 24, 2007, when the parties appeared before Your Honor.

    Also enclosed is a Declaration of Mark Tamblyn setting forth his conversations with his client, Shirley Sexton. This Declaration is submitted so that the Court docket on the issue of communication with represented class members is complete.

Respectfully yours,

Lisa J. Rodriguez

Enclosures
cc:   Gerard H. Hanson *(via e-filing and facsimile)*
       Mark J. Tamblyn *(via e-mail and facsimile)*
       Kenneth T. Wexler *(via e-mail and facsimile)*
       Russell D. Paul *(via e-mail and facsimile)*
       Michael A. Ferrara, Jr. *(via e-mail and facsimile)*
       Scott A. Kamber *(via e-mail and facsimile)*