WORKMAN et al v. MENU FOODS LIMITED et al                                    Doc. 28 Att. 2
05/29/2007 14:02 FAX 916 568 7890        WEXLER TORISEVA WALLACE        ☑002/003
Case 1:07-cv-01338-NLH-AMD    Document 28-3    Filed 05/31/2007    Page 1 of 2

**TRUJILLO RODRIGUEZ & RICHARDS, LLC**
Lisa J. Rodriguez
8 Kings Highway West
Haddonfield, New Jersey 08033
Telephone: (856) 795-9002
Facsimile: (856) 795-9887

Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Jared Workman, and Mark and Mona Cohen, on behalf of themselves and all others similarly situated, | Civil Action No. 07-cv-1338 |
| Plaintiffs, | |
| v. | |
| Menu Foods Limited, Menu Foods Inc., and Menu Foods Midwest Corporation | |
| Defendants. | |

### DECLARATION OF MARK J. TAMBLYN REGARDING MENU FOODS DEFENDANTS' CONTACTS WITH REPRESENTED PARTIES AND CLASS MEMBERS

I, Mark J. Tamblyn, declare as follows:

1.      I am an attorney duly licensed to practice law in all courts of the State of

California and am a partner in the law firm of Wexler Toriseva Wallace LLP ("WTW"),

counsel for Plaintiff Larry Wilson in *Wilson v. Menu Foods, et al.*, D.N.J. No. 07-CV-

1456 NLH, pending before this Court, and in other related actions. I have personal

knowledge of the matters set forth herein, and if called upon to testify, would be

competent to do so.

Dockets.Justia.com

2.      In addition to Mr. Wilson, and numerous other named and unnamed plaintiffs, my firm represents Plaintiff Shirley Sexton in *Sexton v. Menu Foods Income Fund, et al.*, C.D. Cal. No. 07-CV-0198 (GHK) (AJWx).  Ms. Sexton filed her action on March 26, and served her complaint upon the Menu Foods Defendants on March 28.  Ms. Sexton is also the Movant, pursuant to 28 U.S.C. §1407, in *In re Pet Food Products Liability Litigation*, MDL No. 1850.

3.      I previously submitted a Declaration on behalf of my firm's client, Shirley Sexton, a plaintiff in *Sexton v. Menu Foods Income Fund*, et al., C.D. Cal. No. 07-CV-0198 (GHK), who was contacted by Menu Foods (May 21, 2007 Declaration at 4). I have spoken with Ms. Sexton who informed me that she does not believe she has suffered any injury as a result of Defendants' contact with her and she does not intend to pursue the matter.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on May 29, 2007 in Sacramento, California.

_____
Mark J. Tamblyn