1
2

3                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW JERSEY

4

5    JARED WORKMAN, et al,

6             Plaintiffs,              CIVIL ACTION NUMBER:

7             -vs-                         07-1338

8    MENU FOODS,

9             Defendant.

        Mitchell H. Cohen United States Courthouse
        One John F. Gerry Plaza
        Camden, New Jersey 08101
10      May 23, 2007

11   B E F O R E:          THE HONORABLE NOEL L. HILLMAN
                          UNITED STATES DISTRICT JUDGE
12

13   A P P E A R A N C E S:

14   TRUJILLO RODRIGUEZ & RICHARDS, LLC
     BY: LISA J. RODRIGUEZ, ESQUIRE

15   BERGER & MONTAGUE
16   BY: RULLELL D. PAUL, ESQUIRE

17   WEXLER TORISEVA WALLACE
     BY: KENNETH A. WEXLER, ESQUIRE

18   THE FERRARA LAW FIRM
19   BY: MICHAEL A. FERRARA, JR., ESQUIRE

20   KAMBER & ASSOCIATES, LLC
     BY: SCOTT A. KAMBER, ESQUIRE.
     Attorneys for the Plaintiffs
21

22   HILL WALLACH
     BY: GERALD H. HANSON, ESQUIRE

23   PRETZEL & STOUFFER
     BY:  EDWARD B. RUFF, ESQUIRE
24   Attorneys for the Defendant

                          LISA MARCUS, CSR, CRR
25                        Official Court Reporter
                          New Jersey CSR # 1492