UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

Office: Camden

**JUDGE NOEL L. HILLMAN**

Proceeding Date: 6/5/07

Court Reporter: Stephen J. Daner

WORKMAN et al v. MENU FOODS LIMITED et al

Doc. 30

Title of Case:
WORKMAN, et al
　　v.
MENU FOODS, INC., et al

Docket #  07-1338(NLH)

Appearances:
Russell Paul, Esq. for plaintiffs
Edward D. Ruff, III, Esq. for defendants.

Nature of Proceedings:
Telephone Conference call

Disposition:
Telephone Conference call held on the record.

Adjourned To:　　　Time Commenced 2:00pm  Time Adjourned 2:15pm

　　　　　　　　　　　　　　　　　　s/*Sara E. Asbell*
　　　　　　　　　　　　　　　　　　**DEPUTY CLERK**