WORKMAN et al v. MENU FOODS LIMITED et al                                                                                       Doc. 31

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Jared Workman and Mark and Mona Cohen, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Menu Foods Limited, Menu Foods Inc., and Menu Foods Midwest Corporation<br><br>Defendants. | Civil Action No. 07-cv-1338 |

## CONSENT ORDER

This matter having come before the Court on Plaintiffs' Order to Show Cause Why a Protective Order Should Not be Issued, and the Court having considered the submissions of the parties, and having heard on this matter on May 18, May 23 and May 24, 2007, and counsel having determined that it is best interest of the parties to resolve this matter, and for good cause shown, it is on this 4th day of June, 2007, hereby

ORDERED THAT:

(1) There will be no direct or indirect contact by Menu Foods with putative class members except in the circumstances described in Paragraph 2. Menu Foods will delete all settlement materials from its website and there will be no settlements between Menu Foods and any unrepresented member of the putative class;

(2) If Menu Foods is responding to calls to its toll-free phone number and it becomes apparent that a caller is addressing litigation, or the Menu Foods product recall that is the subject of the litigation, Menu Foods will tell the caller that it is unable to comment on the matter at this time, but hopes to do so in the near future;

(3) For represented parties, Plaintiffs' counsel will receive copies of the claim forms and any information sent or provided by their clients to Menu Foods;

Dockets.Justia.com

(4) After the cases subject to the MDL motion are transferred to the MDL/Transferee Judge, if Menu Foods seeks to communicate with putative class members, a motion must be advanced in order to seek authority to communicate with such persons and to determine the nature of the communication; and

(5) Subject to further order of the MDL/Transferee Court, Menu Foods will not use any information obtained from putative class members for settlement with unrepresented persons.

**CONSENTED TO BY:**

NEW JERSEY COUNSEL

*/s/ Lisa J. Rodriguez*
Lisa J. Rodriguez
Trujillo Rodriguez & Richards, LLC
8 Kings Highway West
Haddonfield, NJ 08033
**Counsel for Plaintiffs**

NEW JERSEY COUNSEL

*/s/ Gerard H Hanson*
Gerard H. Hanson
Hill Wallack LLP
202 Carnegie Center, CN 5226
Princeton, NJ 08543
**Counsel for Defendants**

Dated: ~~May~~ June 5, 2007

**SO ORDERED:**

*/s/ Noel L. Hillman*
Honorable Noel L. Hillman, U.S.D.J.