**DLA PIPER US LLP**
(A New Jersey Limited Liability Partnership)
379 Thornall Street, 8th Floor
P.O. Box 2940
Edison, New Jersey 08837-2226
(732) 590-1850
Attorneys for Defendants
Menu Foods Limited, Menu Foods Inc.,
and Menu Foods Midwest Corporation

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Jared Workman, and Mark and Mona Cohen, on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>Menu Foods Limited, Menu Foods Inc., and Menu Foods Midwest Corporation,<br><br>Defendants. | Civil Action No. 07-CV-1338 (NLH)<br><br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that DLA Piper US LLP hereby enters its appearance as co-counsel of record in the above-referenced matter for Defendants Menu Foods Limited, Menu Foods Inc., and Menu Foods Midwest Corporation. All future pleadings and correspondence concerning the above-referenced defendants should be forwarded to the undersigned at the address below.

_____
Carlos F. Ortiz
(carlos.ortiz@dlapiper.com)
Steven F. Gooby
(steven.gooby@dlapiper.com)
**DLA PIPER US LLP**
(A New Jersey Limited Liability Partnership)
P.O. Box 2940
379 Thornall Street, 8th Floor
Edison, New Jersey 08837-2226
(732) 590-1850

Of Counsel (to seek admission *pro hac vice*):

Amy W. Schulman
(amy.schulman@dlapiper.com)
**DLA PIPER US LLP**
1251 Avenue of the Americas
New York, New York  10020-1104
(212) 335-4500

Attorneys for Defendants
Menu Foods Limited, Menu Foods Inc.,
and Menu Foods Midwest Corporation


Dated:  June 12, 2007