Carlos F. Ortiz, Esquire
DLA Piper US LLP
(A New Jersey Limited Liability Partnership)
379 Thornall Street, 8th Floor
P.O. Box 2940
Edison, New Jersey 08837-2226
(732) 590-1850

Gerard H. Hanson, Esquire
Hill Wallack LLP
Attorneys at Law
CN 5226
202 Carnegie Center
Princeton, NJ 08543-5226
(609) 924-0808
Attorneys for Defendants
Menu Foods Limited,
Menu Foods, Inc., and
Menu Foods Midwest Corporation

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JARED WORKMAN, and MARK AND MONA COHEN, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> MENU FOODS LIMITED, MENU FOODS INC., and MENU FOODS MIDWEST CORPORATION, <br><br> Defendants | Civil Action No.: 07-cv-01338 (NLH) |

## JOINT STIPULATION REGARDING CONSENT ORDER

WHEREAS, at the Parties' joint request, this Court entered a Consent Order on June 4, 2007 related to contact by Defendants Menu Foods Limited, Menu Foods Inc. and Menu Foods Midwest Corporation (the "Menu Foods Defendants") with potential class members.

WHEREAS, the terms of the Parties' Consent Order have unintended consequences that arguably prohibit the Menu Foods Defendants from: responding to *pro se* litigation, responding to legislative inquiries, acknowledging receipt of written inquiries from potential claimants simply by advising them that the Menu Foods Defendants cannot comment at this time, or communicating with attorneys representing claimants in litigation or potential litigation related to the recall.

WHEREAS, the Parties believe it necessary and appropriate to clarify the Consent Order to address these unintended consequences.

IT IS HEREBY STIPULATED by and between the Plaintiffs and the Menu Foods Defendants, through their designated counsel, that the Consent Order be amended to permit the following:

(1) Menu Foods is permitted to have contact with pet owners who have instituted litigation against the company and are proceeding *pro se*. Further, Menu Foods is permitted to settle claims of the respective *pro se* litigants and may use information obtained from the respective *pro se* plaintiffs to do so;

(2) If Menu Foods receives an inquiry from a pet owner and it becomes apparent that the person is addressing litigation, or the Menu Foods product recall that is the subject of litigation, Menu Foods may respond that an order prohibits it from commenting on the matter at this time, but that it hopes to do so in the near future and that it will respond to the inquiry at that time;

(3) Menu Foods may respond to inquiries from legislators on behalf of constituents regarding the litigation or the Menu Foods recall;

(4) The Consent Order continues to provide no limitation with Menu Foods' ability to communicate with counsel for any member of the putative class.

**CONSENTED TO BY:**

New Jersey Counsel

*/s/ Lisa J. Rodriguez*
Lisa J. Rodriguez
Trujillo Rodriguez & Richards, LLC
8 Kings Highway West
Haddonfield, NJ 08033
Counsel for Plaintiffs

Lead Counsel
Sherrie R. Savett
Russell D. Paul
Berger & Montague, P.C.
1622 Locust St.
Philadelphia, PA 19103

New Jersey Counsel

*/s/ Gerard H Hanson*
Gerard H. Hanson
Hill Wallack LLP
202 Carnegie Center, CN 5226
CN 5226
Princeton, NJ 08543-5226
ghh@hillwallack.com

Pro Hac Vice Counsel

Matthew Lepore
DLA PIPER US LLP
(A New Jersey Limited Liability Partnership)
1200 Nineteenth Street, NW
Washington, DC 20036-2412
(matthew.lepore@dlapiper.com)

Amy Weinfeld Schulman
DLA PIPER US LLP
(A New Jersey Limited Liability Partnership)
1251 Avenues of the Americas, 27th Floor
New York, NY 10020-1104
(amy.schulman@dlapiper.com)

Attorneys for the Defendants,
Menu Foods Limited,
Menu Foods, Inc., and
Menu Foods Midwest Corporation

**SO ORDERED:**

Dated: July 2, 2007

*/s/ Noel L. Hillman*
Honorable Noel L. Hillman, U.S.D.J.

3