**ORIGINAL**

RECEIVED
WILLIAM T. WALSH, CLERK

2007 JUL 10 P 3: 32

UNITED STATES
DISTRICT COURT

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

```
WORMAN, ET AL,
        PLAINTIFFS,            CIVIL ACTION NUMBER:
    -vs-                          07-1338 (NLH)
MENU FOODS, INC., ET AL,
        DEFENDANTS.
```

TELEPHONE CONFERENCE

JUNE 5, 2007

UNITED STATES DISTRICT COURT,
MITCHELL H. COHEN UNITED STATES COURTHOUSE
ONE JOHN F. GERRY PLAZA,
CAMDEN, NEW JERSEY, 08101

**B E F O R E:**
THE HONORABLE NOEL L. HILLMAN, UNITED STATES
DISTRICT COURT JUDGE, DISTRICT OF NEW JERSEY,
SITTING AT CAMDEN, NEW JERSEY, 08101

**A P P E A R A N C E S:**

BERGER & MONTAGUE, P.C.,
BY: RUSSELL D. PAUL, ESQUIRE
AND
SHERRIE R. SAVETT, ESQUIRE,
ATTORNEYS FOR PLAINTIFFS

PRETZEL & STOUFFER, CHARTERED,
BY: EDWARD B. RUFF, III, ESQUIRE
ATTORNEYS FOR DEFENDANTS MENU FOODS

STEPHEN J. DANER, CCR, RPR
OFFICIAL COURT REPORTER